CAUSE NO. DC-21-07664

| | | |
|---|---|---|
| ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| VS. | § § | 160TH JUDICIAL DISTRICT |
| AVENTIS INC., ET AL. | § § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

# EXHIBIT B
# STATE COURT DOCUMENTS

# Pleadings 1

## Case Information

DC-21-07664 | ALVARO ALVARADO, et al vs. AVENTIS INC.,, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-07664 | 160th District Court | REDMOND, AIESHA |
| File Date | Case Type | Case Status |
| 06/16/2021 | OTHER (CIVIL) | OPEN |

## Party

PLAINTIFF
ALVARADO, ALVARO

Address
5625 PARKDALE
DALLAS TX 75227

Active Attorneys ▾
Lead Attorney
MONTEMAYOR, JENNIFER
Retained

PLAINTIFF
LLANES, MARIA

  Aliases
  *AKA* DEL ROSARIO TOBIAS, MARIA
Address
5625 PARKDALE
DALLAS TX 75227

Active Attorneys ▾
Lead Attorney
MONTEMAYOR, JENNIFER
Retained

DEFENDANT
AVENTIS INC.,

Address
THROUGH SECRETARY OF STATE
2595 INTERSTATE DRIVE, SUITE 103
HARRISBURG PA 17110

DEFENDANT
BARRETTS MINERALS INC.

Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201-3140

DEFENDANT
BAYER CONSUMER CARE HOLDINGS LLC

  Aliases
  *FKA* BAYER CONSUMER CARE LLC
  *FKA* MSD CONSUMER CARE, INC
Address
THROUGH SECRETARY OF STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

DEFENDANT
BAYER HEALTHCARE LLC

Address
ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701-3218

DEFENDANT
BRENNTAG NORTH AMERICA, INC.

Address
THROUGH SECRETARY OF STATE
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT
BRENNTAG SPECIALTIES, LLC

  Aliases
  *FKA* BRENNTAG SPECIALTIES, INC.
  *FKA* MINERAL PIGMENT SOLUTIONS, INC.
Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201-3140

DEFENDANT

CLINIQUE LABORATORIES, INC.

Address
THROUGH SECRETARY OF STATE
80 STATE STREET
ALBANY NY 12207

---

DEFENDANT

CLINIQUE LABORATORIES, LLC

Address
THROUGH SECRETARY OF STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT

COLOR TECHNIQUES, INC.

Address
THROUGH SECRETARY OF STATE
1202 LAUREL OAK ROAD, SUITE 205
VOORHIES NJ 08043

---

DEFENDANT

COSMETIC SPECIALTIES, INC.

  Aliases
  *DBA* G&G SPECIALTY PRODUCTS CO
Address
THROUGH SECRETARY OF STATE
125 WHITE HORSE PIKE
HADDON HEIGHTS NJ 08035

---

DEFENDANT

CROWN LABORATORIES, INC.

Address
THROUGH SECRETARY OF STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT

DR. SCHOLL'S LLC

Address

THROUGH SECRETARY OF STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT
ESTEE LAUDER, INC.

Address
THROUGH SECRETARY OF THE STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT
THE ESTE LAUDER COMPANIES, INC.

Address
THROUGH SECRETARY OF THE STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT
FIESTA MART, L.L.C.

Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201-3140

---

DEFENDANT
FISONS CORPORATION

Address
THROUGH SECRETARY OF STATE
84 STATE STREET
BOSTON ME 02109

---

DEFENDANT
GSK CONSUMER HEALTH, INC.

   Aliases
   *FKA* NOVARTIS CONSUMER HEALTH INC.
   *FKA* CIBA SELF-MEDICATION, INC.
Address
THROUGH SECRETARY OF STATE
251 LITLLE FALLS DRIVE
WILMINGTON DE 19808

DEFENDANT

L'OREAL USA, INC.

Address
THROUGH SECRETARY OF STATE
251 LITLLE FALLS DRIVE
WILMINGTON DE 19808

DEFENDANT

MAYBELLINE LLC

Address
THROUGH SECRETARY OF STATE
80 STATE STREET
ALBANY NY 12207

DEFENDANT

MERCK & CO., INC.

Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

DEFENDANT

NOVARTIS CORPORATION

Address
THROUGH SECRETARY OF STATE
80 STATE STREET
ALBANY NY 12207

DEFENDANT

PFIZER INC.

Address
ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

DEFENDANT

PRESPERSE CORPORATION

Address

THROUGH SECRETARY OF STATE
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

PRESPERSE INTERNATIONAL CORP

Address
THROUGH SECRETARY OF STATE
820 BEAR TAVERN ROAD
W. TRENTON NJ 08628

DEFENDANT

PTI UNION, LLC

   Aliases
   *AKA* PHARMA TECH INDUSTRIES,
Address
THROUGH SECRETARY OF STATE
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

REVLON CONSUMER PRODUCTS CORPORATION

Address
THROUGH SECRETARY OF STATE
3411 SILVERSIDE ROAD, TATNALL BUILDING, SUITE 104
WILMINGTON DE 19810

DEFENDANT

SANOFI-AVENTIS U.S. LLC

Address
THROUGH SECRETARY OF STATE
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

DEFENDANT

SCHOLL'S WELLNESS COMPANY LLC,

Address
THROUGH SECRETARY OF STATE
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

SPECIALTY MINERALS INC.

Address

ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

DEFENDANT

WHITTAKER CLARK & DANIELS, INC.

Address

THROUGH SECRETARY OF STATE
3 BECKER FARM ROAD, 4TH FLOOR
ROSELAND NJ 07068

## Events and Hearings

06/16/2021 NEW CASE FILED (OCA) - CIVIL

06/16/2021 CASE FILING COVER SHEET ▾

COVER SHEET

06/16/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

06/16/2021 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - REQUEST FOR CITATIONS

06/16/2021 JURY DEMAND ▾

JURY DEMAND FORM

06/16/2021 ISSUE CITATION COMM OF INS OR SOS ▾

ISSUE CITATION COMM OF INS OR SOS - AVENTIS INC

ISSUE CITATION COMM OF INS OR SOS - BAYER CONSUMER CARE HOLDINGS LLC

ISSUE CITATION COMM OF INS OR SOS - BRENNTAG NORTH AMERICA, INC.

ISSUE CITATION COMM OF INS OR SOS - CLINIQUE LABORATORIES, INC

ISSUE CITATION COMM OF INS OR SOS - CLINIQUE LABORATORIES, LLC

ISSUE CITATION COMM OF INS OR SOS - COLOR TECHNIQUES, INC.

ISSUE CITATION COMM OF INS OR SOS - COSMETIC SPECIALTIES, INC.

ISSUE CITATION COMM OF INS OR SOS - CROWN LABORATORIES, INC

ISSUE CITATION COMM OF INS OR SOS - DR. SCHOLL'S LLC

ISSUE CITATION COMM OF INS OR SOS - ESTEE LAUDER, INC

ISSUE CITATION COMM OF INS OR SOS - THE ESTEE LAUDER COMPANIES, INC.

ISSUE CITATION COMM OF INS OR SOS - FISONS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - GSK CONSUMER HEALTH, INC

ISSUE CITATION COMM OF INS OR SOS - L'OREAL USA, INC.

ISSUE CITATION COMM OF INS OR SOS - MAYBELLINE LLC

ISSUE CITATION COMM OF INS OR SOS - NOVARTIS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - PRESPERSE CORPORATION

ISSUE CITATION COMM OF INS OR SOS - PRESPERSE INTERNATIONAL CORP

ISSUE CITATION COMM OF INS OR SOS - PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES

ISSUE CITATION COMM OF INS OR SOS - REVLON CONSUMER PRODUCTS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - SANOFI-AVENTIS U.S. LLC

ISSUE CITATION COMM OF INS OR SOS - SCHOLL S WELLNESS COMPANY LLC

ISSUE CITATION COMM OF INS OR SOS - WHITTAKER CLARK & DANIELS, INC

06/16/2021 ISSUE CITATION ▾

ISSUE CITATION - BARRETTS MINERALS INC

ISSUE CITATION - BAYER HEALTHCARE LLC

ISSUE CITATION - BRENNTAG SPECIALTIES, LLC

ISSUE CITATION - FIESTA MART, L.L.C.

ISSUE CITATION - MERCK & CO., INC.

ISSUE CITATION - PFIZER INC

ISSUE CITATION - SPECIALTY MINERALS INC

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
AVENTIS INC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
BAYER CONSUMER CARE HOLDINGS LLC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
BRENNTAG NORTH AMERICA, INC.

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
CLINIQUE LABORATORIES, INC

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
CLINIQUE LABORATORIES, LLC

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
COLOR TECHNIQUES, INC.

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
COSMETIC SPECIALTIES, INC.

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
CROWN LABORATORIES, INC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
DR. SCHOLL'S LLC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
ESTEE LAUDER, INC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
THE ESTEE LAUDER COMPANIES, INC.

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
FISONS CORPORATION

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
GSK CONSUMER HEALTH, INC

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
L'OREAL USA, INC.

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
MAYBELLINE LLC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
NOVARTIS CORPORATION

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
PRESPERSE CORPORATION

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
PRESPERSE INTERNATIONAL CORP

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
REVLON CONSUMER PRODUCTS CORPORATION

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
SANOFI-AVENTIS U.S. LLC

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
SCHOLL'S WELLNESS COMPANY LLC

---

06/18/2021 CITATION SOS/COI/COH/HAG ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
WHITTAKER CLARK & DANIELS, INC

---

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
BARRETTS MINERALS INC

---

06/18/2021 CITATION ▾

Served
07/14/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/19/2021
Comment
BAYER HEALTHCARE LLC

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
BRENNTAG SPECIALTIES, LLC

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
FIESTA MART, L.L.C.

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
MERCK & CO., INC.

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
PFIZER INC

06/18/2021 CITATION ▾

Served
07/13/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2021
Comment
SPECIALTY MINERALS INC

06/29/2021 AMENDED PETITION ▾

PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND

Comment
FIRST

07/19/2021 RETURN OF SERVICE ▾

EXECUTED SOS CITATION - AVENTIS INC

Comment
EXECUTED SOS CITATION - AVENTIS INC

07/19/2021 RETURN OF SERVICE ▾

EXECUTED SOS CITATION - BAYER CONSUMER CARE HOLDINGS LLC

Comment
EXECUTED SOS CITATION - BAYER CONSUMER CARE HOLDINGS LLC

07/19/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - BAYER HEALTHCARE LLC

Comment
EXECUTED CITATION - BAYER HEALTHCARE LLC

07/19/2021 RETURN OF SERVICE ▾

EXECUTED SOS CITATION - BRENNTAG NORTH AMERICA, INC.

Comment
EXECUTED SOS CITATION - BRENNTAG NORTH AMERICA, INC.

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - CLINIQUE LABORATORIES, INC.

Comment
EXECUTED SOS CITATION - CLINIQUE LABORATORIES, INC.

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - CLINIQUE LABORATORIES LLC

Comment
EXECUTED SOS CITATION - CLINIQUE LABORATORIES LLC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - COLOR TECHNIQUES, INC.

Comment
EXECUTED SOS CITATION - COLOR TECHNIQUES, INC.

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - CROWN LABORATORIES, INC

Comment
EXECUTED SOS CITATION - CROWN LABORATORIES, INC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - COSMETIC SPECIALTIES INC

Comment
EXECUTED SOS CITATION - COSMETIC SPECIALTIES INC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - DR SCHOLL'S LLC

Comment
EXECUTED SOS CITATION - DR SCHOLL'S LLC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - THE ESTEE LAUDER COMPANIES INC

Comment
EXECUTED SOS CITATION - THE ESTEE LAUDER COMPANIES INC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - ESTEE LAUDER INC

Comment
EXECUTED SOS CITATION - ESTEE LAUDER INC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - FISONS CORPORATION

Comment
EXECUTED SOS CITATION - FISONS CORPORATION

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - GSK CONSUMER HEALTH, INC.

Comment
EXECUTED SOS CITATION - GSK CONSUMER HEALTH, INC.

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - L'OREAL USA INC

Comment
EXECUTED SOS CITATION - L'OREAL USA INC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - MAYBELLINE LLC

Comment
EXECUTED SOS CITATION - MAYBELLINE LLC

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - NOVARTIS CORPORATION

Comment
EXECUTED SOS CITATION - NOVARTIS CORPORATION

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - PREPERSE INTERNATIONAL CORP

Comment
EXECUTED SOS CITATION - PREPERSE INTERNATIONAL CORP

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - PREPERSE CORPORATION

Comment
EXECUTED SOS CITATION - PREPERSE CORPORATION

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - PTI UNION LLC

Comment
EXECUTED SOS CITATION - PTI UNION LLC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - REVLON CONSUMER PRODUCTS CORPORATION

Comment
EXECUTED SOS CITATION - REVLON CONSUMER PRODUCTS CORPORATION

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - SANOFI-AVENTIS U.S. LLC

Comment
EXECUTED SOS CITATION - SANOFI-AVENTIS U.S. LLC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - SCHOLL'S WELLNESS COMPANY LLC

Comment
EXECUTED SOS CITATION - SCHOLL'S WELLNESS COMPANY LLC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - WHITTAKER CLARK & DANIELS, INC

Comment
EXECUTED SOS CITATION - WHITTAKER CLARK & DANIELS, INC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - PFIZER INC

Comment
EXECUTED CITATION - PFIZER INC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - BARRETTS MINERALS INC

Comment
EXECUTED CITATION - BARRETTS MINERALS INC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - FIESTA MART, L.L.C.

Comment
EXECUTED CITATION - FIESTA MART, L.L.C.

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - BRENNTAG SPECIALTIES, LLC

Comment
EXECUTED CITATION - BRENNTAG SPECIALTIES, LLC

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - MERCK & CO., INC.

Comment
EXECUTED CITATION - MERCK & CO., INC.

---

07/19/2021 RETURN OF SERVICE ▼

EXECUTED CITATION - SPECIALTY MINERALS INC

Comment
EXECUTED CITATION - SPECIALTY MINERALS INC

---

08/03/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

DEFENDANT-ORIGINAL ANSWER

---

08/24/2021 DISMISSAL FOR WANT OF PROSECUTION ▼

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Comment
CASE FILED 6-16-21; DEFS UNSERVED

## Documents

COVER SHEET

ORIGINAL PETITION

CORRESPONDENCE - REQUEST FOR CITATIONS

JURY DEMAND FORM

ISSUE CITATION COMM OF INS OR SOS - AVENTIS INC

ISSUE CITATION COMM OF INS OR SOS - BAYER CONSUMER CARE HOLDINGS LLC

ISSUE CITATION COMM OF INS OR SOS - BRENNTAG NORTH AMERICA, INC.

ISSUE CITATION COMM OF INS OR SOS - CLINIQUE LABORATORIES, INC

ISSUE CITATION COMM OF INS OR SOS - CLINIQUE LABORATORIES, LLC

ISSUE CITATION COMM OF INS OR SOS - COLOR TECHNIQUES, INC.

ISSUE CITATION COMM OF INS OR SOS - COSMETIC SPECIALTIES, INC.

ISSUE CITATION COMM OF INS OR SOS - CROWN LABORATORIES, INC

ISSUE CITATION COMM OF INS OR SOS - DR. SCHOLL'S LLC

ISSUE CITATION COMM OF INS OR SOS - ESTEE LAUDER, INC

ISSUE CITATION COMM OF INS OR SOS - THE ESTEE LAUDER COMPANIES, INC.

ISSUE CITATION COMM OF INS OR SOS - FISONS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - GSK CONSUMER HEALTH, INC

ISSUE CITATION COMM OF INS OR SOS - L'OREAL USA, INC.

ISSUE CITATION COMM OF INS OR SOS - MAYBELLINE LLC

ISSUE CITATION COMM OF INS OR SOS - NOVARTIS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - PRESPERSE CORPORATION

ISSUE CITATION COMM OF INS OR SOS - PRESPERSE INTERNATIONAL CORP

ISSUE CITATION COMM OF INS OR SOS - PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES

ISSUE CITATION COMM OF INS OR SOS - REVLON CONSUMER PRODUCTS CORPORATION

ISSUE CITATION COMM OF INS OR SOS - SANOFI-AVENTIS U.S. LLC

ISSUE CITATION COMM OF INS OR SOS - SCHOLL S WELLNESS COMPANY LLC

ISSUE CITATION COMM OF INS OR SOS - WHITTAKER CLARK & DANIELS, INC

ISSUE CITATION - BARRETTS MINERALS INC

ISSUE CITATION - BAYER HEALTHCARE LLC

ISSUE CITATION - BRENNTAG SPECIALTIES, LLC

ISSUE CITATION - FIESTA MART, L.L.C.

ISSUE CITATION - MERCK & CO., INC.

ISSUE CITATION - PFIZER INC

ISSUE CITATION - SPECIALTY MINERALS INC

PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND

160th Dismissal

EXECUTED SOS CITATION - AVENTIS INC

EXECUTED SOS CITATION - BAYER CONSUMER CARE HOLDINGS LLC

EXECUTED CITATION - BAYER HEALTHCARE LLC

EXECUTED SOS CITATION - BRENNTAG NORTH AMERICA, INC.

EXECUTED SOS CITATION - CLINIQUE LABORATORIES, INC.

EXECUTED SOS CITATION - CLINIQUE LABORATORIES LLC

EXECUTED SOS CITATION - COLOR TECHNIQUES, INC.

EXECUTED SOS CITATION - CROWN LABORATORIES, INC

EXECUTED SOS CITATION - COSMETIC SPECIALTIES INC

EXECUTED SOS CITATION - DR SCHOLL'S LLC

EXECUTED SOS CITATION - THE ESTEE LAUDER COMPANIES INC

EXECUTED SOS CITATION - ESTEE LAUDER INC

EXECUTED SOS CITATION - FISONS CORPORATION

EXECUTED SOS CITATION - GSK CONSUMER HEALTH, INC.

EXECUTED SOS CITATION - L'OREAL USA INC

EXECUTED SOS CITATION - MAYBELLINE LLC

EXECUTED SOS CITATION - NOVARTIS CORPORATION

EXECUTED SOS CITATION - PREPERSE INTERNATIONAL CORP

EXECUTED SOS CITATION - PREPERSE CORPORATION

EXECUTED SOS CITATION - PTI UNION LLC

EXECUTED SOS CITATION - REVLON CONSUMER PRODUCTS CORPORATION

EXECUTED SOS CITATION - SANOFI-AVENTIS U.S. LLC

EXECUTED CITATION - SCHOLL'S WELLNESS COMPANY LLC

EXECUTED CITATION - WHITTAKER CLARK & DANIELS, INC

EXECUTED CITATION - PFIZER INC

EXECUTED CITATION - BARRETTS MINERALS INC

EXECUTED CITATION - FIESTA MART, L.L.C.

EXECUTED CITATION - BRENNTAG SPECIALTIES, LLC

EXECUTED CITATION - MERCK & CO., INC.

EXECUTED CITATION - SPECIALTY MINERALS INC

DEFENDANT-ORIGINAL ANSWER

# CIVIL CASE INFORMATION SHEET

FILED
6/16/2021 11:57 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alicia Mata DEPUTY

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____     COURT *(FOR CLERK USE ONLY):* _____

STYLED   ALVARO ALVARADO and MARIA HANES vs. AVENTIS INC., ET AL.
_____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|

**Name:** Jennifer I. Montemayor

**Email:** jmontemayor@sgptrial.com

**Address:** Simon Greenstone Panatier, PC
1201 Elm Street, Suite 3400

**Telephone:** 214-276-7680

**City/State/Zip:** Dallas, TX 75270

**Fax:** 214-276-7699

**Signature:** /s/ Jennifer I. Montemayor

**State Bar No:** 24098129

**Plaintiff(s)/Petitioner(s):**
Alvaro Alvarado
Maria Hanes

**Defendant(s)/Respondent(s):**
See attached list

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
☐ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

**Additional Parties in Child Support Case:**

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|

### Civil

**Contract**

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**

☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☑ Asbestos/Silica
☐ Other Product Liability List Product:
☐ Other Injury or Damage:

**Real Property**

☐ Eminent Domain/ Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**

☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus— Pre-indictment
☐ Other:

### Family Law

**Marriage Relationship**

☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Other Family Law**

☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D)**

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship**

☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

### Employment

☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

### Other Civil

☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

### Tax

☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

[Print Form]

Rev 2/13

ALVARO ALVARADO and MARIA HANES,

     *Plaintiffs,*

vs.


AVENTIS INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

BARRETTS MINERALS INC.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

BAYER CONSUMER CARE HOLDINGS LLC f/k/a BAYER CONSUMER CARE LLC f/k/a
MSD CONSUMER CARE, INC.) for its Dr. Scholl's line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

BAYER HEALTHCARE LLC, a subsidiary of BAYER AG, for its Dr. Scholl's line of products
Corporation Service Company d/b/a Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to
MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.)
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BRENNTAG SPECIALTIES, LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL
PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.)
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

CLINIQUE LABORATORIES, INC., a subsidiary of THE ESTEÉ LAUDER COMPANIES
INC.
Via the Texas Secretary of State
Corporation Service Company
80 State Street
Albany, NY 12207

CLINIQUE LABORATORIES, LLC, a subsidiary of THE ESTEÉ LAUDER COMPANIES
INC.
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

COLOR TECHNIQUES, INC.
Via the Texas Secretary of State
Salvatore Giampapa
1202 Laurel Oak Road, Suite 205
Voorhies, NJ 08043

COSMETIC SPECIALTIES, INC. (sued individually and formerly d/b/a G&G SPECIALTY
PRODUCTS CO.)
Via the Texas Secretary of State
Ronald W. Grexa
125 White Horse Pike
Haddon Heights, NJ 08035

CROWN LABORATORIES, INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

DR. SCHOLL'S LLC
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

ESTEÉ LAUDER, INC., a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its
Clinique line of products
Via the Texas Secretary of State
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

THE ESTEÉ LAUDER COMPANIES, INC. (sued individually and for Len-Ron Manufacturing
Co. Inc.) for its Clinique line of products
Via the Texas Secretary of State
The Prentice-Hall Corporation System, Inc.
251 Little Falls Road
Wilmington, DE 19808

FIESTA MART, L.L.C.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

FISONS CORPORATION for its Desenex line of products;
Via the Texas Secretary of State
Corporation Service Company
84 State Street
Boston, MA 02109

GSK CONSUMER HEALTH, INC. f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA
SELF-MEDICATION, INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

L'OREAL USA, INC.
Via the Texas Secretary of State
The Prentice-Hall Corporation System
251 Little Falls Drive
Wilmington, DE 19808

MAYBELLINE LLC
Via the Texas Secretary of State
Corporation Service Company
80 State Street
Albany, NY 12207

MERCK & CO., INC. for its Dr. Scholl's line of products
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

NOVARTIS CORPORATION (sued individually and as a successor-in-interest to CIBA-GEIGY
CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA
SELF-MEDICATION, INC.) for its Desenex line of products
Via the Texas Secretary of State
The Prentice Hall Corporation System
80 State Street
Albany, NY 12207

PFIZER INC.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

PRESPERSE CORPORATION
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PRESPERSE INTERNATIONAL CORP
Via the Texas Secretary of State
CT Corporation System
820 Bear Tavern Road
W. Trenton, NJ 08628

PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES for its Desenex line of products
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

REVLON CONSUMER PRODUCTS CORPORATION
Via the Texas Secretary of State
Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Suite 104
Wilmington, DE 19810

SANOFI-AVENTIS U.S. LLC (sued individually and as successor by merger to AVENTIS
PHARMACEUTICALS INC.) for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

SCHOLL'S WELLNESS COMPANY LLC for its Dr. Scholl's line of products
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS
TECHNOLOGIES INC.)
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

WHITTAKER CLARK & DANIELS, INC.
Via the Texas Secretary of State
Joe Cobuzio
Tompkins, McGuire, Wacenfeld, et al.
3 Becker Farm Road, 4th Floor
Roseland, NJ 07068

FILED
6/16/2021 11:57 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alicia Mata DEPUTY

CAUSE NO. _____

DC-21-07664

| | |
|---|---|
| **ALVARO ALVARADO** and **MARIA LLANES**, | IN THE DISTRICT COURT |
| *Plaintiffs,* | 160th<br>_____ JUDICIAL DISTRICT |
| vs. | DALLAS COUNTY, TEXAS |

**AVENTIS INC.**, for its Desenex line of products;
**BARRETTS MINERALS INC.**;
**BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products;
**BAYER HEALTHCARE LLC**, a subsidiary of BAYER AG, for its Dr. Scholl's line of products;
**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);
**BRENNTAG SPECIALTIES, LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);
**CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;
**CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;
**COLOR TECHNIQUES, INC.**;
**COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.);
**CROWN LABORATORIES, INC.** for its Desenex line of products;
**DR. SCHOLL'S LLC**;
**ESTEÉ LAUDER, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products;
**THE ESTEÉ LAUDER COMPANIES, INC.**

(sued individually and for Len-Ron Manufacturing Co. Inc.) for its Clinique line of products;

**FIESTA MART, L.L.C.**;

**FISONS CORPORATION**, for its Desenex line of products;

**GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products;

**L'OREAL USA, INC.**;

**MAYBELLINE LLC**;

**MERCK & CO., INC.**, for its Dr. Scholl's line of products;

**NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products;

**PFIZER INC.**;

**PRESPERSE CORPORATION**;

**PRESPERSE INTERNATIONAL CORP**;

**PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products;

**REVLON CONSUMER PRODUCTS CORPORATION**;

**SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products;

**SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products;

**SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and

**WHITTAKER CLARK & DANIELS, INC.**,

 *Defendants.*

## PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT**:

COME NOW Plaintiffs, ALVARO ALVARADO and MARIA LLANES, who complain of the various Defendants listed below and for cause of action would show the Court and Jury as follows:

I.

1. Pursuant to T.R.C.P. 190.1, Discovery will be conducted under Level 3 (T.R.C.P. 190.4). Certain Defendants named herein reside in this County, maintain offices in this County and/or have their principal place of business in this County, and/or all or a substantial part of the acts or omissions that form the basis of this lawsuit occurred in this County, therefore, venue properly lies in this County. Certain acts or omissions, which were a proximate or producing cause of Plaintiff ALVARO ALVARADO's asbestos-related injuries, occurred in Texas.

2. The damages Plaintiffs seek are within the jurisdictional limits of this Court. As required by Texas Rule of Civil Procedure 47(c), Plaintiffs state that they seek monetary relief over $1,000,000.00 for the injuries alleged in this Complaint. Plaintiffs further seek any relief in equity to which they are justly entitled.

3. Plaintiffs ALVARO ALVARADO and MARIA LLANES reside at 5625 Parkdale Drive, Dallas, Texas 75227.

4. Although Defendant **AVENTIS INC.**, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Pennsylvania, Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110. Defendant **AVENTIS INC.**, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

5. Defendant **BARRETTS MINERALS INC.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140. This Defendant is being sued as a supplier of asbestos-containing talc.

6. Although Defendant **BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation

Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant **BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

7.     Defendant **BAYER HEALTHCARE LLC**, a subsidiary of BAYER AG, for its Dr. Scholl's line of products, may be served through its registered agent for service of process, Corporation Service Company d/b/a Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

8.     Although Defendant **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc.

9.     Defendant **BRENNTAG SPECIALTIES, LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140. This Defendant is being sued as a supplier of asbestos-containing talc.

10.    Although Defendant **CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New York, Corporation Service Company, 80 State Street, Albany, NY 12207. Defendant

**CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

11.     Although Defendant **CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant **CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

12.     Although Defendant **COLOR TECHNIQUES, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Salvatore Giampapa, 1202 Laurel Oak Road, Suite 205, Voorhies, NJ 08043. Defendant **COLOR TECHNIQUES, INC.** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc.

13.     Although Defendant **COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Ronald W. Grexa, 125 White Horse Pike, Haddon Heights, NJ 08035. Defendant **COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc, and as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

14.     Although Defendant **CROWN LABORATORIES, INC.** for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore,

said corporation may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant **CROWN LABORATORIES, INC.** for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

15.    Although Defendant **DR. SCHOLL'S LLC** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant **DR. SCHOLL'S LLC** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

16.    Although Defendant **ESTEÉ LAUDER, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall Corporation System, Inc., 251 Little Falls Drive, Wilmington, DE 19808. Defendant **ESTEÉ LAUDER, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

17.    Although Defendant **THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for Len-Ron Manufacturing Co. Inc.) for its Clinique line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall Corporation System, Inc., 251 Little Falls Drive, Wilmington, DE 19808. Defendant **THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for Len-Ron Manufacturing Co. Inc.) for its Clinique line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

18.     Defendant **FIESTA MART, L.L.C.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140. This Defendant is being sued as a supplier of asbestos-containing talcum powder and cosmetic products. This Defendant is a resident of the State of Texas.

19.     Although Defendant **FISONS CORPORATION**, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation  may be served with process at its registered agent in Massachusetts, Corporation Service Company, 84 State Street, Boston, MA 02109.  Defendant **FISONS CORPORATION**, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

20.     Although Defendant **GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation  may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

21.     Although Defendant **L'OREAL USA, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall Corporation System, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **L'OREAL USA, INC.** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing L'Oreal pressed face powder, L'Oreal blushes, and L'Oreal eyeshadows.

22.     Although Defendant **MAYBELLINE LLC** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with

process at its registered agent in New York, Corporation Service Company, 80 State Street, Albany, NY 12207. Defendant **MAYBELLINE LLC** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Maybelline pressed face powder, Maybelline blushes, and Maybelline eyeshadows.

      23.    Defendant **MERCK & CO., INC.**, for its Dr. Scholl's line of products, may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

      24.    Although Defendant **NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New York, The Prentice Hall Corporation System, 80 State Street, Albany, NY 12207. Defendant **NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

      25.    Defendant **PFIZER INC.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a supplier of asbestos-containing talc.

      26.    Although Defendant **PRESPERSE CORPORATION** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **PRESPERSE CORPORATION** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc.

27.     Although Defendant **PRESPERSE INTERNATIONAL CORP** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, CT Corporation System, 820 Bear Tavern Road, W. Trenton, NJ 08628. Defendant **PRESPERSE INTERNATIONAL CORP** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a supplier of asbestos-containing talc.

28.     Although Defendant **PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

29.     Although Defendant **REVLON CONSUMER PRODUCTS CORPORATION** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, Corporate Creations Network Inc., 3411 Silverside Road, Tatnall Building, Suite 104, Wilmington, DE 19810. Defendant **REVLON CONSUMER PRODUCTS CORPORATION** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Revlon pressed face powder, Revlon blushes and Revlon eyeshadows.

30.     Although Defendant **SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products, may be served through the Secretary of State for the State of

Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

31.     Although Defendant **SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

32.     Defendant **SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.) may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a supplier of asbestos-containing talc.

33.     Although Defendant **WHITTAKER CLARK & DANIELS, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Joe Cobuzio, Tompkins, McGuire, Wacenfeld, et al., 3 Becker Farm Road, 4th Floor, Roseland, NJ 07068. Defendant **WHITTAKER CLARK & DANIELS, INC.** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc.

34.     This action is brought and these allegations are made pursuant to Tex. Civ. Prac. & Rem. Code § 71.031.

### FACTUAL SUMMARY

35.     Plaintiff ALVARO ALVARADO was wrongfully exposed to and inhaled or otherwise absorbed asbestos fibers, an inherently dangerous toxic substance, as described below:

> Plaintiffs allege that Plaintiff ALVARO ALVARADO experienced exposure to asbestos through his regular and frequent personal use of Desenex Foot Powder from approximately 1990 to the late 2010s, Dr. Scholl's Foot Powder from approximately 1995 to 2001, and Johnson's Baby Powder from approximately 2006 to 2016. Plaintiff was also exposed to asbestos through

Plaintiff MARIA LLANES' regular and frequent use of Clinique eyeshadows from approximately 1990 to 1998, Maybelline face powders, Maybelline blushes, Maybelline eyeshadows, Revlon face powders, Revlon blushes, Revlon eyeshadows, L'Oreal face powders, L'Oreal blushes, and L'Oreal eyeshadows from approximately 2006 to the late 2010s, and Johnson's Baby Powder from approximately 2006 to 2016 while in close proximity to Plaintiff. Plaintiff was also exposed to asbestos during Plaintiffs' use of Johnson's Baby Powder on their daughter as an infant and small child from approximately 2006 to 2016. During these time periods, Plaintiff was also exposed to asbestos-containing talc supplied by Barretts Minerals Inc., Brenntag North America, Inc. (sued individually and as successor-in-interest to Mineral Pigment Solutions, Inc. and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Brenntag Specialties, LLC f/k/a Brenntag Specialties, Inc. f/k/a Mineral Pigment Solutions, Inc. (sued individually and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Color Techniques, Inc., Cosmetic Specialties, Inc. (sued individually and formerly d/b/a G&G Specialty Products Co.) for its Dr. Scholl's line of products, Pfizer Inc., Presperse Corporation, Presperse International Corp, Specialty Minerals Inc. (sued individually and as a subsidiary of Minerals Technologies Inc.), and Whittaker Clark & Daniels, Inc., and asbestos-containing talcum powder and cosmetics products supplied by Fiesta Mart, L.L.C. Plaintiff experienced these exposures at his personal residences in Dallas, Texas. Plaintiff ALVARO ALVARADO's regular and frequent personal use of Desenex Foot Powder, Dr. Scholl's Foot Powder, and Johnson's Baby Powder, Plaintiff MARIA LLANES' regular and frequent use of Maybelline face powders, Maybelline blushes, Maybelline eyeshadows, Revlon face powders, Revlon blushes, Revlon eyeshadows, L'Oreal face powders, L'Oreal blushes, L'Oreal eyeshadows, Johnson's Baby Powder and Clinique eyeshadows while in close proximity to Plaintiff, and Plaintiffs' regular and frequent use of Johnson's Baby Powder on their daughter generated asbestos-containing dust and exposed Plaintiff ALVARO ALVARADO to respirable asbestos fibers. While

Plaintiff MARIA LLANES used asbestos-containing talcum powder and cosmetic products, dangerously high levels of asbestos fibers were released into the air at their personal residences. These fibers were frequently inhaled by Plaintiff ALVARO ALVARADO through contact with Plaintiff MARIA LLANES.

## COUNT ONE
## ALLEGATIONS AGAINST TALC MANUFACTURING DEFENDANTS

36.     Plaintiffs allege that Plaintiff ALVARO ALVARADO was exposed to asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades through Plaintiff's personal use of talcum powder products and Plaintiff MARIA LLANES' use of talcum powder products and talc-containing cosmetics while in close proximity to Plaintiff.  Each Defendant corporation or its predecessors-in-interest is, or at times material hereto, has been engaged in the mining, processing and/or manufacturing, sale and distribution of asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades (hereinafter collectively referred to as "Defendants' Products").  Plaintiffs would show that Plaintiff ALVARO ALVARADO was exposed, on numerous occasions, to Defendants' Products which were produced and/or sold by Defendants and in so doing, inhaled great quantities of asbestos fibers.  Further, Plaintiffs allege as more specifically set out below, that Plaintiff ALVARO ALVARADO has suffered injuries, illnesses, and disabilities proximately caused by his exposure to Defendants' Products which were designed, manufactured and sold by Defendants.  In that each exposure to Defendants' Products caused or contributed to Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities, Plaintiffs say that the doctrine of joint and several liabilities should be extended to apply to each Defendant herein.

37.     Plaintiff ALVARO ALVARADO was exposed to Defendants' Products that were manufactured, designed and/or distributed by the Defendants and/or their predecessors-in-interest through Plaintiff's personal use of Defendants' Products, and Plaintiff MARIA LLANES' use of Defendants' Products while in close proximity to Plaintiff.  Plaintiffs would show that the defective design and condition of Defendants' Products rendered said Products unreasonably dangerous, and that Defendants' Products were in this defective condition at the time they were designed by and/or

left the hands of Defendants. Plaintiffs would show that Defendants' Products were defective in the manner in which they were marketed for their failure to contain or include adequate warnings regarding potential asbestos health hazards associated with the use of or the exposure to Defendants' Products, were defectively designed because they were more dangerous than would be contemplated by an ordinary user, the risks of Defendants' Products outweighed their benefits, and were defectively manufactured as they failed to comply with Defendants' own specifications and protect against asbestos exposure.  Plaintiffs would show that this market defect rendered Defendants' Products unreasonably dangerous at the time they were designed or left the hands of the Defendants. Plaintiffs would show that Defendants are liable in product liability including, but not limited to, strict product liability for the above-described defects.

38.     The Defendants are or were engaged in the business of selling, manufacturing, producing, designing and/or otherwise putting into the stream of commerce Defendants' Products, and those Products, without substantial change in the condition in which they were sold, manufactured, produced, designed and/or otherwise put into the stream of commerce, were a proximate and/or producing cause of the injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO.

39.     Defendants knew that Defendants' Products would be used without inspection for defects and, by placing them on the market, represented that they would safely do the job for which they were intended, which must necessarily include the safe manipulation, personal use and/or handling of Defendants' Products.

40.     Plaintiffs ALVARO ALVARADO and MARIA LLANES were unaware of the hazards and defects in Defendants' Products which made them unsafe for purposes of manipulation, personal use and/or handling.

41.     During the periods that Plaintiff ALVARO ALVARADO was exposed to Defendants' Products which were manufactured and sold by various Defendants, those Products were being utilized in a manner which was intended by Defendants.

42.     In the event that Plaintiffs are unable to identify each of Plaintiff ALVARO ALVARADO's injurious exposures to Defendants' Products, Plaintiffs would show the Court that the Defendants named herein represent and/or represented a substantial share of the relevant market of Defendants' Products at all times material to this cause of action.  Consequently, each Defendant

should be held jointly and severally liable under the doctrines of enterprise liability, market-share liability, concert of action and alternative liability, among others.

43.    The injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO are a direct and proximate result of the negligence of each Defendant and/or its predecessors-in-interest in that said entities produced, designed, sold and/or otherwise put into the stream of commerce Defendants' Products which the Defendants knew, or in the exercise of ordinary care should have known, were deleterious and highly harmful to Plaintiff's health and well-being. Certain Defendants created hazardous and deadly conditions to which Plaintiff was exposed and which caused Plaintiff to be exposed to a large amount of asbestos fibers. The Defendants were negligent in one, some and/or all of the following respects, among others, same being the proximate cause of Plaintiff's injuries, illnesses, and disabilities:

(a)    in failing to timely and adequately warn Plaintiffs and others of the dangerous characteristics and serious health hazards associated with exposure to Defendants' Products;

(b)    in failing to provide Plaintiffs and others with information as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment, if in truth there were any, to protect Plaintiff ALVARO ALVARADO and others from being harmed and disabled by exposure to Defendants' Products;

(c)    in failing to place timely and adequate warnings on the containers of Defendants' Products or on Defendants' Products themselves to warn of the dangers to health of coming into contact with Defendants' Products;

(d)    in failing to take reasonable precautions or exercise reasonable care to publish, adopt and enforce a safety plan and/or safe method and manner of manipulation, personal use and/or handling of Defendants' Products;

(e)    in failing to develop and utilize a substitute material or design to eliminate asbestos fibers in Defendants' Products;

(f)    in failing to properly design and manufacture Defendants' Products for safe use under conditions of use that were reasonably anticipated;

(g)    in failing to properly test Defendants' Products before they were released for use; and

(h)     in failing to recall and/or remove Defendants' Products from the stream of commerce despite knowledge of the unsafe and dangerous nature of Defendants' Products.

## COUNT TWO
## ALLEGATIONS AGAINST ASBESTOS-CONTAINING TALC SUPPLIER AND ASBESTOS-CONTAINING PRODUCT SUPPLIER DEFENDANTS

44.     All of the allegations contained in the previous paragraphs are realleged herein.

45.     For all pertinent times, Defendants BARRETTS MINERALS INC.; BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, FIESTA MART, L.L.C., PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.), and WHITTAKER CLARK & DANIELS, INC. (hereinafter collectively referred to as "Supplier Defendants") individually sold, distributed, and supplied asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades (hereinafter collectively referred to as "Supplier Defendants' Products") that Plaintiff ALVARO ALVARADO came in contact with and inhaled, thereby causing his injuries, illnesses and disabilities.

46.     Supplier Defendants as manufacturers, miners, shippers, distributors, and suppliers of Supplier Defendants' Products to various locations owned and/or operated by asbestos product manufacturers are liable to Plaintiffs for their failure to warn of the health hazards of exposure to asbestos and failure to design and package Supplier Defendants' Products so as to adequately protect and warn users and bystanders of the dangers of exposure to asbestos.

47.     Further, Supplier Defendants are liable to Plaintiff ALVARO ALVARADO as professional vendors of Supplier Defendants' Products, and as such, because of the Defendants' size, volume of business and merchandising practices, knew or should have known of the defects of the

Products they sold and/or supplied, and are strictly liable and negligent for failing to warn users and bystanders of potential health hazards from the use of said Products.

48.     Further, Supplier Defendants made misrepresentations regarding the safety of asbestos to the asbestos-product manufacturers, thereby fraudulently inducing other sophisticated users to use Supplier Defendants' Products instead of other types. As such, Supplier Defendants are liable to Plaintiff ALVARO ALVARADO for his suffering and injuries from a disease caused by exposure to Supplier Defendants' Products because Supplier Defendants' fraudulent misrepresentations were detrimentally relied upon (1) by asbestos-product manufacturers incorporating raw asbestos fiber of various kinds and grades into Supplier Defendants' and others' finished Products and (2) by Plaintiff ALVARO ALVARADO who was exposed to Supplier Defendants' Products.

49.     Finally, Supplier Defendants are liable to Plaintiffs because they knew or should have known that Supplier Defendants' Products which they sold and supplied were unreasonably dangerous in normal use, and their failure to communicate this information constitutes negligence. This negligence was the cause of Plaintiff ALVARO ALVARADO's illnesses, injuries and disabilities including, but not limited to, asbestos-related mesothelioma and other ill health effects.

## COUNT THREE
## CONSPIRACY ALLEGATIONS AGAINST ALL DEFENDANTS

50.     All of the allegations contained in the previous paragraphs are realleged herein.

51.     Plaintiffs further allege that Defendants and/or their predecessors-in-interest knowingly agreed, contrived, combined, confederated and conspired among themselves and with other entities to cause Plaintiff ALVARO ALVARADO's illnesses, injuries and disabilities by exposing him to harmful and dangerous Defendants' Products. Defendants and other entities further knowingly agreed, contrived, combined, confederated and conspired to deprive Plaintiffs ALVARO ALVARADO and MARIA LLANES of the opportunity of informed free choice as to whether to use Defendants' Products or to expose Plaintiff ALVARO ALVARADO to said dangers. Defendants committed the above-described wrongs by willfully misrepresenting and suppressing the truth as to the risks and dangers associated with the use of and exposure to Defendants' Products.

52.     In furtherance of said conspiracies, Defendants performed the following overt acts:

      (a)     for many decades, Defendants individually, jointly, and in conspiracy with each other and other entities have been in possession of medical and

scientific data, literature and test reports, which clearly indicated that the inhalation of asbestos dust and fibers resulting from the ordinary and foreseeable use of Defendants' Products was unreasonably dangerous, hazardous, deleterious to human health, carcinogenic, and potentially deadly;

(b)     despite the medical and scientific data, literature and test reports possessed by and available to Defendants, Defendants individually, jointly, and in conspiracy with each other and other entities fraudulently, willfully, and maliciously:

(1)     withheld, concealed, and suppressed said medical and scientific data, literature and test reports regarding the risks of cancer, mesothelioma and other illnesses and diseases from Plaintiffs ALVARO ALVARADO and MARIA LLANES who were using and Plaintiff ALVARO ALVARADO was being exposed to Defendants' Products;

(2)     caused to be released, published and disseminated medical and scientific data, literature and test reports containing information and statements regarding the risks of cancer, mesothelioma and other illnesses and diseases, which Defendants knew were incorrect, incomplete, outdated and misleading; and

(3)     distorted the results of medical examinations conducted upon individuals such as Plaintiff ALVARO ALVARADO, who was using or in close proximity to Defendants' Products and being exposed to the inhalation of asbestos dust and fibers, by falsely stating and/or concealing the nature and extent of the harm to which Plaintiff and others such as Plaintiff have suffered.

(c)     Other conspirators participating in the conspiracy, or in ongoing or subsequent conspiracies (hereinafter called the "conspirators"), were member companies in the Quebec Asbestos Mining Association, and/or Asbestos Textile Institute, and/or the Cosmetic Toiletry and Fragrance Association (now Personal Care Products Council), and/or the Industrial Hygiene Foundation.  Acting in concert, the conspirators fraudulently misrepresented to the public and public officials, *inter alia*, that asbestos did not cause

cancer and that the disease mesothelioma had no association with pleural and pulmonary cancer and affirmatively suppressed information concerning the carcinogenic and other adverse effects of asbestos exposure on the human respiratory and digestive systems.

(d)    In addition, Defendants contrived, combined, confederated and conspired through a series of industry trade meetings and the creation of organizations such as the Air Hygiene Foundation (later the Industrial Hygiene Foundation) to establish authoritative standards for the control of industrial dusts which would act as a defense in personal injury lawsuits, despite knowing that compliance with such standards would not protect individuals such as Plaintiff ALVARO ALVARADO from contracting an asbestos-related disease or cancer.

(e)    In furtherance of said conspiracies, Defendants and/or their co-conspirators contributed to cause the establishment of a Threshold Limit Value for asbestos exposure, and contributed to the maintenance of such Threshold Limit Value despite evidence that this supposed "safe" level of exposure to asbestos would not protect the health of individuals such as Plaintiff ALVARO ALVARADO even if complied with.

(f)    As the direct and proximate result of the false and fraudulent representations, omissions and concealments set forth above, Defendants individually, jointly, and in conspiracy with each other intended to induce Plaintiffs ALVARO ALVARADO and MARIA LLANES to rely upon said false and fraudulent representations, omissions and concealments, and to continue to expose Plaintiff ALVARO ALVARADO to the dangers inherent in the use of and exposure to Defendants' Products, which caused the release of respirable asbestos fibers.

53.    Plaintiffs reasonably and in good faith relied upon the false and fraudulent representations, omissions and concealments made by Defendants regarding the nature of Defendants' Products.

54.    As a direct and proximate result of Plaintiffs' reliance on Defendants' false and fraudulent representations, omissions and concealments, Plaintiff ALVARO ALVARADO sustained

damages including injuries, illnesses and disabilities and was deprived of the opportunity of informed free choice in connection with the use of and exposure to Defendants' Products.

## COUNT FOUR
## GROSS NEGLIGENCE/MALICE ALLEGATIONS AGAINST ALL DEFENDANTS

55.    All of the allegations contained in the previous paragraphs are realleged herein.

56.    The actions and inactions of Defendants and their predecessors-in-interest, as specifically alleged hereinabove, whether taken separately or together, were of such a character as to constitute a pattern or practice of gross negligence, intentional wrongful conduct and/or malice resulting in damages and injuries to Plaintiff ALVARO ALVARADO. Defendants' conduct was specifically intended by Defendants to cause substantial injury to Plaintiff, or was carried out by Defendants with a conscious and flagrant disregard for the rights, safety and welfare of others and with actual awareness on the part of Defendants that the conduct would, in reasonable probability, result in human deaths and/or great bodily harm. More specifically, Defendants and their predecessors-in-interest consciously and/or deliberately engaged in oppression, fraud, willfulness, wantonness and/or malice with regard to Plaintiff ALVARO ALVARADO and should be held liable in punitive and exemplary damages to Plaintiffs.

## COUNT FIVE
## AIDING AND ABETTING ALLEGATIONS AGAINST ALL DEFENDANTS

57.    All of the allegations contained in the previous paragraphs are realleged herein.

58.    The actions of all Defendants aided, abetted, encouraged, induced or directed the negligent and/or intentional acts of each and every other Defendant.

59.    Each of the Defendants knew or should have known that its individual actions would combine to cause the injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO .

60.    The actions of each of the Defendants is a proximate cause of Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities. As a result, all Defendants are jointly liable for the damage caused by their combined actions.

## COUNT SIX
## NEGLIGENCE PER SE ALLEGATIONS AGAINST ALL DEFENDANTS

61.    All of the allegations contained in the previous paragraphs are realleged herein.

62.    The actions of all Defendants also constituted negligence per-se.

63.     Each Defendant violated federal and state regulations relating to asbestos exposure. Such violations constitute negligence per-se or negligence as a matter of law.  Further, each such violation resulted in dangerous and unlawful exposures to asbestos for Plaintiff ALVARO ALVARADO.  Plaintiffs are not making any claims under federal law; instead, Plaintiffs are simply using the violation of federal standards as proof of liability on their state-law theories.  Further, the reference to Federal regulations does not create a Federal question.  See *Merrell Dow Pharmaceuticals, Inc. v. Thompson*, 478 U.S. 804 (1986).  Any removal on this basis will be met with an immediate motion for remand and for sanctions.

64.     The negligence per-se of each Defendant was a proximate cause of Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities.

## COUNT SEVEN
## (FRAUD AGAINST ALL DEFENDANTS)

65.     All of the allegations contained in the previous paragraphs are realleged herein.

66.     **Fraudulent Misrepresentation**: All Defendants are liable for their fraudulent misrepresentations:

(a)     First, each of these Defendants, via its employees, agents, advertisements, or any other authorized person or document, represented that certain facts were true when they were not, and made material representations that were false. The specific identities of these employees, agents, advertisements, or any other authorized person or document are maintained in Defendants' records. Such records remain in the exclusive control of Defendants pursuant to Defendants' respective document-retention policies. While Plaintiffs do not currently know all of the specific advertisements, or the names of all of the employees, agents, or any other authorized person who made the representations, Plaintiffs will have access to this information once discovery has commenced and will be able to specifically name the advertisements as well as the employees, agents, or any other authorized persons.

(b)     Second, Defendants represented that the asbestos-containing products they manufactured, supplied, or specified for use were not hazardous to humans. These representations, including material misrepresentations, were made before and during the years that Plaintiffs ALVARO ALVARADO and MARIA LLANES purchased, used, and Plaintiff ALVARO ALVARADO was exposed to asbestos from Defendants' asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetic products.  Such material

representations were made either directly to Plaintiffs or to a third party intending and reasonably expecting that the substance of those material representations would be repeated to Plaintiffs.

(c)     Third, Defendants knew that the material representations were false when they made them, or they made the material representations recklessly and without regard for their truth. Defendants material representations and conduct were false statements and material representations of fact.

(d)     Fourth, Defendants intended that Plaintiffs ALVARO ALVARADO and MARIA LLANES, and/or the same class of persons as Plaintiffs rely and act on the material representations or their substance.

(e)     Fifth, Plaintiffs ALVARO ALVARADO and MARIA LLANES reasonably relied on Defendants' material and false representations or the substance of these material and false representations.

(f)     Sixth, Plaintiff ALVARO ALVARADO developed mesothelioma.

(g)     Seventh, Plaintiffs ALVARO ALVARADO's and MARIA LLANES' justifiable reliance on those material representations was a substantial factor in causing Plaintiff ALVARO ALVARADO's mesothelioma and the resulting damages thereto.

67.     **Conspiracy to Commit Fraudulent Misrepresentation**: Plaintiffs hereby incorporate by reference the allegations of Paragraph 66 of this Seventh Cause of Action as if fully stated herein. All Defendants are liable for their conspiracy to commit fraudulent material misrepresentation:

(a)     First, Defendants were aware that their conspirators, which included all co-Defendants and others, planned to commit fraudulent material misrepresentation against Plaintiff ALVARO ALVARADO, and/or the same class of persons as Plaintiff.

(b)     Second, Defendants agreed with their conspirators and intended that the false and fraudulent material misrepresentation, including material misrepresentations of fact, be committed.

(c)     Third, Plaintiff ALVARO ALVARADO developed mesothelioma.

(d)     Fourth, each Defendant's participation in the conspiracy was a substantial factor in causing Plaintiff's mesothelioma and the resulting damages thereto.

68.     **Knowledge of Hazards**: At all times pertinent hereto, all Defendants owed Plaintiff ALVARO ALVARADO a duty, as provided for in Restatement (Second) of Torts §525-551, to abstain from injuring his person, property, or rights. In violation of that duty, these Defendants, and

each of them, did do the acts and omissions, when a duty to act was imposed as set forth herein, thereby proximately causing injury to Plaintiff. Such acts and omissions consisted of acts falling within Restatement (Second) of Torts §525-551, and more specifically were (i) suggestions of material  facts which were not true and which the Defendants did not believe to be true, (ii) assertions of material facts of that which were not true, which the Defendants had no reasonable ground for believing to be true, and (iii) the suppression of  material facts when a duty existed to disclose them, all as are more fully set forth herein, and the violation of which as to any one such item gave rise to a cause of action for violation of Plaintiffs' rights as provided for in the aforementioned Restatement (Second) of Torts §525-551.

69.    Since 1924, all of the Defendants have known and possessed of the true material facts (consisting of medical and scientific data and other knowledge) which clearly indicated that the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics referred to herein were hazardous to the health and safety of Plaintiff ALVARO ALVARADO and others similarly situated. Defendants engaged in the following acts and omissions:

(a)    Did not label any of the aforementioned asbestos-containing products as to the hazards of said products to the health and safety of Plaintiff ALVARO ALVARADO, and others in Plaintiffs' positions using and Plaintiff being exposed to said products when the knowledge of such hazards was existing and known to Defendants, and each of them, since 1924. By not labeling Defendants' asbestos-containing products as to their said hazards, Defendants, and each of them, caused to be suggested  as a fact to Plaintiffs that it was safe for them to use said products, when in fact these things were not true and Defendants did not believe them to be true.

(b)    Suppressed information relating to the danger of using the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics by requesting the suppression of information to Plaintiffs, Plaintiffs' class of persons, and the general public concerning the dangerous nature of the aforementioned products to all persons, including users, bystanders and household members, by not allowing such information to be disseminated in a manner which would give general notice to the public and knowledge of the hazardous nature thereof when Defendants were bound to disclose such information.

(c)    Sold the aforementioned asbestos-containing products to the public, including Plaintiffs and others in Texas and other states without advising them of the dangers of use of said

products and dangers to those persons' household members, when Defendants knew of such dangers as set forth herein and above, and had a duty to disclose such dangers. Thus, Defendants caused to be positively asserted to Plaintiffs and the public that which was not true and which Defendants had no reasonable ground for believing to be true, in a manner not warranted by the information possessed by said Defendants, and each of them, of that which was and is not true, to wit, that it was safe for Plaintiffs to use said products and that they did not pose a risk of harm to Plaintiff ALVARO ALVARADO .

(d)     Suppressed and continue to suppress from everyone, including Plaintiffs, medical, scientific data, and knowledge of the accurate results of studies including, but not limited to, Waldemar C. Dreesen of the United States Public Health Service's 1933 report to the National Safety Council, the results of a study conducted among tremolite, talc and slate workers. The study indicated that the talc was a hydrous calcium magnesium silicate, being 45% talc and 45% tremolite, and the National Safety Council stated "The results of the study seemed to indicate a relationship between the amount of dust inhaled and the effect of this dust on the lungs of the workers." As early as 1934, the National Safety Council was publishing information stating that "a cause of severe pulmonary injury is asbestos, a silicéte of magnesium." In the September 1935 issue of National Safety News, an article entitled *No Halfway Measures in Dust Control* by Arthur S. Johnson reported lowered lung capacity resulting from "mesothelioma" and "similar conditions" that developed "from exposure to excess of many mineral dusts relatively low in free silica content." The article further noted that claims for disabilities from workers who alleged exposure to "clay, talc, emery, and carborundum dusts" had "claims prosecuted successfully." The article concluded that "[i]n the absence of adequate diagnoses, occupational histories and a more satisfactory method of adjudicating claims than prosecution at common law, we must conclude that it is necessary to find a practical method for controlling all mineral dusts."

(e)     Belonged to, participated in, and financially supported the Industrial Hygiene Foundation, Asbestos Information Association, the Asbestos Textile Institute (ATI), the Cosmetic, Toiletry, and Fragrance Association (now known as the Personal Care Products Council), and other industry organizations which actively promoted the suppression of information of danger to users of asbestos-containing talc and asbestos-containing talcum powder products for and on behalf of Defendants, and each of them, thereby misleading Plaintiffs to their prejudice through the suggestions and deceptions set forth above in this cause of action. ATI's Dust Control Committee,

which changed its name to the Air Hygiene Committee of ATI, was specifically enjoined to study the subject of dust control; discussions in such committee were held many times of (i) the dangers inherent in asbestos and the dangers which arise from the lack of control of dust and (ii) the suppression of such information from 1946 to a date unknown to Plaintiffs at this time.

(f)     Knew and possessed medical and scientific information of the connection between inhalation of asbestos fibers and mesothelioma in 1930 with the study of mine and mill workers at the Thetford asbestos mines in Quebec, Canada, and the study of workers at Raybestos-Manhattan plants in Manheim and Charleston, South Carolina. This information was disseminated through the ATI and other industry organizations to all other Defendants, and each of them herein. Between 1942 and 1950, Defendants, and each of them, knew and possessed medical and scientific information of the connection between inhalation of asbestos fibers and cancer, which information was disseminated through the ATI and other industry organizations to all other Defendants herein. Thereby, Defendants suggested as fact that which is not true and disseminated other facts likely to and did mislead Plaintiffs for want of communication of true facts, which consisted of the previously described medical and scientific data and other knowledge by not giving Plaintiffs the true facts concerning such knowledge of danger, when Defendants were bound to disclose them.

(g)     Failed to warn Plaintiffs and others similarly situated regarding the nature of Defendants' asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics. In 1968, a study presented at the American Industrial Hygiene Conference and published in the American Industrial Hygiene Association Journal concluded that "[all] of the 22 talcum products analyzed have a.. . fiber content. . . averaging 19%. The fibrous-material was predominantly talc but contained minor amounts of tremolite, anthophyllite, and chrysotile as these are often present in fibrous talc mineral deposits. Unknown significant amounts of such materials in products that may be used without precautions may create an unsuspected problem." [Cralley, L.J., et al.; *Fibrous and Mineral Content of Cosmetic Talcum Products*, 29 Ant Ind. Hyg. Assoc. J.350 (1968).] Defendants failed to warn Plaintiffs and others similarly situated that their asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics are, among other things, dangerous when breathed and cause pathological effects without noticeable trauma, although Defendants possessed knowledge that such products were dangerous and a threat to the health of persons coming into contact therewith and under a duty to disclose it.

(h)     Concealed from Plaintiff ALVARO ALVARADO and others similarly situated the true nature of their exposure, the fact that Defendants knew that exposure to respirable asbestos meant  that Plaintiff ALVARO ALVARADO would inhale this asbestos, significantly increasing his risk of developing mesothelioma, lung cancer, and mesothelioma; that Plaintiff had in fact been exposed to respirable asbestos; that the materials to which Plaintiff was exposed would cause pathological effects in the human body without noticeable or  perceptible trauma to warn him of injury; and Defendants engaged in these acts and omissions while under a duty to and bound to disclose this information.

(i)     Failed to provide information to the public at large and buyers, users and physicians of Plaintiff ALVARO ALVARADO for the purpose of conducting physical examinations of anyone who  came in contact with asbestos as to the true nature of the hazards of asbestos, in order for such physicians to diagnose and treat individuals coming into contact with asbestos, in that the materials to which Plaintiff had been exposed would cause pathological effects without noticeable trauma, even though Defendants were under a duty to supply such information and such failure was and is likely to mislead persons, including Plaintiff, as to the dangers and risk of harm to which they were exposed.

(j)     Affirmatively misrepresented that their asbestos-containing talc, asbestos-containing talcum powder products and asbestos-containing cosmetics were safe to use and handle, when Defendants knew such statements were false when made, or made said false statements recklessly and without regard for whether the statements were true.

70.     Each of the foregoing acts, suggestions, assertions, and forbearances to act when a duty existed to act, the said Defendants and each of them, having such knowledge, knowing Plaintiffs did not have such knowledge and Plaintiff ALVARO ALVARADO would breathe the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics innocently, was done falsely and fraudulently and with full intent to induce Plaintiff to be in a dangerous environment and to cause him to remain unaware of the true facts, all in violation of Restatement (Second) of Torts §525-551.

## COUNT EIGHT
## BASIS FOR PUNITIVE DAMAGES

71.     All of the allegations contained in the previous paragraphs are realleged herein.

72.    **Malice, Oppression, and Fraud**: Plaintiffs hereby incorporate by reference the allegations of all causes of action as if fully stated herein. All Defendants are liable for punitive damages because they engaged in the conduct that caused Plaintiffs harm with malice, oppression, or fraud.

(a)    First, Defendants committed malice in that they acted with intent to harm when they caused Plaintiff ALVARO ALVARADO's asbestos exposures, and because their conduct was despicable and was done with a willful and knowing disregard of the rights and safety of others.

(b)    Second, these Defendants committed oppression in that their conduct was despicable and subjected Plaintiff ALVARO ALVARADO to cruel and unjust hardship and knowingly disregarded his rights.

(c)    Third, the Defendants committed fraud in that they intentionally and fraudulently concealed and misrepresented material facts and did so intending to harm Plaintiff, or with reckless disregard for whether their fraud would harm Plaintiff.

73.    These Defendants' conduct constituting malice, oppression, and fraud was committed by, authorized by, and adopted by one or more officers, directors, and managing agents within the corporate hierarchy of each Defendant, who acted on behalf of each Defendant.

74.    As a direct and proximate result of such intentional conduct by Defendants, their "alternate entities", and each of them, Plaintiff ALVARO ALVARADO sustained the injuries, illnesses, disabilities, and damages alleged herein.

## DAMAGES

75.    The conduct of Defendants, as alleged hereinabove, was a direct, proximate and producing cause of the damages resulting from the asbestos-related disease of Plaintiff ALVARO ALVARADO, and of the following general and special damages including:

(a)    Damages to punish Defendants for proximately causing Plaintiff ALVARO ALVARADO's untimely injuries, illnesses, and disabilities;

(b)    Physical pain and mental anguish sustained by Plaintiff ALVARO ALVARADO in the past;

(c)    Physical pain and mental anguish that Plaintiff ALVARO ALVARADO, in reasonable probability, will sustain in the future;

(d)    The past disfigurement suffered by Plaintiff ALVARO ALVARADO ;

(e)     The future disfigurement that Plaintiff ALVARO ALVARADO will, in reasonable probability, sustain in the future;

(f)     The physical impairment sustained by Plaintiff ALVARO ALVARADO in the past;

(g)     The physical impairment that Plaintiff ALVARO ALVARADO will, in reasonably probability, sustain in the future;

(h)     Medical expenses incurred by Plaintiff ALVARO ALVARADO in the past;

(i)     The medical expenses that Plaintiff ALVARO ALVARADO will, in reasonable probability, sustain in the future;

(j)     Plaintiff ALVARO ALVARADO's lost earning capacity sustained in the past;

(k)     Loss of household services sustained by Plaintiff MARIA LLANES in the past;

(l)     The loss of household services that, in reasonable probability, Plaintiff MARIA LLANES will sustain in the future;

(m)     The loss of consortium sustained by Plaintiff MARIA LLANES in the past;

(n)     The loss of consortium that, in reasonable probability, Plaintiff MARIA LLANES will sustain in the future.

(o)     Plaintiffs seek punitive and exemplary damages.

(p)     Any and all other recoverable personal injury, survival, and/or wrongful death damages for Plaintiffs and Plaintiffs' heirs.

76.     By their acts and omissions described herein, Defendants intentionally, knowingly and/or recklessly caused serious bodily injury to Plaintiff ALVARO ALVARADO within the meaning of Tex.Civ.Prac.& Rem. Code §41.008(c)(7) and Tex. Penal Code §22.04.

77.     Plaintiffs filed suit within two (2) years of Defendants' wrongdoing, which Defendants had and continue to wrongfully conceal.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against the Defendants, and each of them, jointly and severally, for general damages, for their costs expended herein, for interest on said judgment from the date this action accrued until paid, at the legal rate, and for such other and further relief, both at law and in equity, to which Plaintiffs may show themselves justly entitled.

## JURY DEMAND

Plaintiffs demand that all issues of fact in this case be tried to a properly impaneled jury.

Respectfully submitted,

**SIMON GREENSTONE PANATIER, PC**

*/s/ Jennifer Montemayor*

JENNIFER MONTEMAYOR
State Bar No. 24098129
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680 Telephone
214-276-7699 Facsimile
jmontemayor@sgptrial.com

**ATTORNEYS FOR PLAINTIFFS**

FILED
6/16/2021 11:57 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jami Mata DEPUTY

JEFFREY B. SIMON (CA)
DAVID C. GREENSTONE (CA, NY, TX)
CHRISTOPHER J. PANATIER (CA, PA, TX)
STUART J. PURDY (CA)
LISA M. BARLEY (CA)
LEAH C. KAGAN (CA, NJ, NY)
CHARLES E. SOECHTING, JR. (PA, TX)

ASSOCIATES
DEBBIE BRYANT (TX)
TYSON B. GAMBLE (CA, OR, WA)
ANDREW M. GROUS (NJ, NY, PA)
JACEY L. HORNECKER (TX)
SEAN KERLEY (NY, SC)

# SIMONGREENSTONEPANATIER

## TRIAL LAWYERS

JENNIFER DOWNS (CA)
DAVID W. MILLER (CA)
ALEX AGUILAR (CA)
SHREEDHAR R. PATEL (TX)
HOLLY C. PETERSON (MD, NJ, NY, TX)
MARY T. RAHMES (CA)
MICHAEL REID (CA)
IYMAN STRAWDER (TX, CA)
JASMINE N. THOMPSON (TX)
ORLANDO VERA, JR. (TX)
FRANK J. WATHEN (TX)

ATTORNEYS & COUNSELORS AT LAW
A Professional Corporation
www.SGPTRIAL.com

PLEASE RESPOND TO THE TEXAS OFFICE

June 16, 2021

DC-21-07664

**VIA E-FILING**

Hon. Felicia Pitre
Dallas County District Clerk
George Allen Courts Building
600 Commerce Street, Suite 103
Dallas, TX 75202

Re:     **REQUEST FOR CITATIONS:**
        Alvaro Alvarado and Maria Llanes vs. Aventis Inc., for its Desenex line of
        products, et al.

Dear Ms. Pitre:

    Please issue 30 citations (23 to be served via the Texas Secretary of State) for the
list of defendants attached to this letter for the above-referenced matter:

    Please email the citations to me at mjaminet@sgptrial.com and I will attach the
citations to the appropriate number of copies of the file-stamped Original Complaint and
Jury Demand.

    Thank you very much for your assistance in this regard.  Please do not hesitate to
call me at 214-687-3231 if you have any questions.

                Sincerely,

                /s/Mary Jaminet
                Mary Jaminet
                *Paralegal*

LOS ANGELES:
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
562-590-3400 (T)
562-590-3412 (F)

DALLAS (Primary Office):
1201 Elm St., Suite 3400
Dallas, Texas 75270
214-276-7680 (T)
214-276-7699 (F)

NEW YORK:
5 Penn Plaza, Suite 2308
New York, New York 10001
212-634-1690 (T)
214-320-0526 (F)

ALVARO ALVARADO and MARIA HANES,

    *Plaintiffs,*

vs.


AVENTIS INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

BARRETTS MINERALS INC.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

BAYER CONSUMER CARE HOLDINGS LLC f/k/a BAYER CONSUMER CARE LLC f/k/a
MSD CONSUMER CARE, INC.) for its Dr. Scholl's line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

BAYER HEALTHCARE LLC, a subsidiary of BAYER AG, for its Dr. Scholl's line of products
Corporation Service Company d/b/a Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to
MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.)
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BRENNTAG SPECIALTIES, LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL
PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.)
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

CLINIQUE LABORATORIES, INC., a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.
Via the Texas Secretary of State
Corporation Service Company
80 State Street
Albany, NY 12207

CLINIQUE LABORATORIES, LLC, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

COLOR TECHNIQUES, INC.
Via the Texas Secretary of State
Salvatore Giampapa
1202 Laurel Oak Road, Suite 205
Voorhies, NJ 08043

COSMETIC SPECIALTIES, INC. (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.)
Via the Texas Secretary of State
Ronald W. Grexa
125 White Horse Pike
Haddon Heights, NJ 08035

CROWN LABORATORIES, INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

DR. SCHOLL'S LLC
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

ESTEÉ LAUDER, INC., a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products
Via the Texas Secretary of State
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

THE ESTEÉ LAUDER COMPANIES, INC. (sued individually and for Len-Ron Manufacturing
Co. Inc.) for its Clinique line of products
Via the Texas Secretary of State
The Prentice-Hall Corporation System, Inc.
251 Little Falls Road
Wilmington, DE 19808

FIESTA MART, L.L.C.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

FISONS CORPORATION for its Desenex line of products;
Via the Texas Secretary of State
Corporation Service Company
84 State Street
Boston, MA 02109

GSK CONSUMER HEALTH, INC. f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA
SELF-MEDICATION, INC. for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

L'OREAL USA, INC.
Via the Texas Secretary of State
The Prentice-Hall Corporation System
251 Little Falls Drive
Wilmington, DE 19808

MAYBELLINE LLC
Via the Texas Secretary of State
Corporation Service Company
80 State Street
Albany, NY 12207

MERCK & CO., INC. for its Dr. Scholl's line of products
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

NOVARTIS CORPORATION (sued individually and as a successor-in-interest to CIBA-GEIGY
CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA
SELF-MEDICATION, INC.) for its Desenex line of products
Via the Texas Secretary of State
The Prentice Hall Corporation System
80 State Street
Albany, NY 12207

PFIZER INC.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

PRESPERSE CORPORATION
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PRESPERSE INTERNATIONAL CORP
Via the Texas Secretary of State
CT Corporation System
820 Bear Tavern Road
W. Trenton, NJ 08628

PTI UNION, LLC a/k/a PHARMA TECH INDUSTRIES for its Desenex line of products
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

REVLON CONSUMER PRODUCTS CORPORATION
Via the Texas Secretary of State
Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Suite 104
Wilmington, DE 19810

SANOFI-AVENTIS U.S. LLC (sued individually and as successor by merger to AVENTIS
PHARMACEUTICALS INC.) for its Desenex line of products
Via the Texas Secretary of State
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

SCHOLL'S WELLNESS COMPANY LLC for its Dr. Scholl's line of products
Via the Texas Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS
TECHNOLOGIES INC.)
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3140

WHITTAKER CLARK & DANIELS, INC.
Via the Texas Secretary of State
Joe Cobuzio
Tompkins, McGuire, Wacenfeld, et al.
3 Becker Farm Road, 4th Floor
Roseland, NJ 07068

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-07664

ALVARO ALVARADO, et al

vs.

AVENTIS INC.,, et al

160th District Court

## ENTER DEMAND FOR JURY

JURY FEE PAID BY: PLAINTIFF

FEE PAID: $40

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html

# FORM NO. 3534 CITATION
## THE STATE OF TEXAS

**To:** AVENTIS INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
              **KARI MALONE**



---

ESERVE  (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
  vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock .M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock .M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said
    a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of _____ |
| For Notary | $_____ | State of _____ |
|    Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of _____
   Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

          Seal                                   State & County of

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**   BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        **KARI MALONE**



---

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20\_\_\_\_\_at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20\_\_\_\_, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20\_\_\_\_\_at_____o'clock \_\_\_.M.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20\_\_\_\_, at _____o'clock \_\_\_.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____          Sheriff_____
For Mileage                   $_____          County of_____
For Notary                    $_____          State of_____
         Total Fees         $_____          By_____
(Must be verified if served outside the State of Texas)
State of_____
County of _____
         Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                     State & County of

**FORM NO. 3534  CITATION**

**THE STATE OF TEXAS**

To:   BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS,
       INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.)
       BY SERVING THE SECRETARY OF STATE
       OFFICE OF THE SECRETARY OF STATE
       CITATIONS UNIT - P.O. BOX 12079
       AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of
the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER
HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.),
BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE
ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.),
CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE
ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS
CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC.
L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-
INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES,
REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO
AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS, INC., (SUED INDIVIDUALLY AND AS A
SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

                                        By_____, Deputy
                                                    **KARI MALONE**



---

**ESERVE  (SOS)**

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____ a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ | |
| For Mileage | $_____ | County of_____ | |
| For Notary | $_____ | State of_____ | |
| Total Fees | $_____ | By_____ | |

(Must be verified if served outside the State of Texas)
State of_____
County of_____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____ , to certify which witness my hand and seal of office.

Seal                                                              State & County of
_____                      _____

# FORM NO. 3534  CITATION
# THE STATE OF TEXAS

**To:**  CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
                    **KARI MALONE**



---

ESERVE  (SOS)

# CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff | _____ |
| For Mileage | $_____ | County of | _____ |
| For Notary | $_____ | State of | _____ |
| Total Fees | $_____ | By | _____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
       Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal

State & County of
_____

## FORM NO. 3534  CITATION
## THE STATE OF TEXAS

**To:**   CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**   the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



---

ESERVE  (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

_____
Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

## DALLAS COUNTY
## SERVICE FEES
## NOT PAID

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20_____at _____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

---------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at _____o'clock ___.M.  Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____ o'clock ____ .M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

---------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                    _____
                                    State & County of
                                                                        _____

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**   COLOR TECHNIQUES, INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
KARI MALONE



---

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20_____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock .M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock .M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said

 a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $ _____ | Sheriff | _____ |
| For Mileage | $ _____ | County of | _____ |
| For Notary | $ _____ | State of | _____ |
| Total Fees | $ _____ | By | _____ |

(Must be verified if served outside the State of Texas)
State of _____
County of _____
 Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                     State & County of

# FORM NO. 3534  CITATION
## THE STATE OF TEXAS

**To:**   COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**
ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
             KARI MALONE



---

ESERVE  (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ___.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ___.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

 a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation      $_____        Sheriff_____
For Mileage                   $_____        County of_____
For Notary                     $_____        State of_____
          Total Fees         $_____        By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
          Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                    Seal                                                                     State & County of
                                                                              _____

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**  CROWN LABORATORIES, INC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____ , Deputy
**KARI MALONE**



---

ESERVE  (SOS)

**CITATION**

| No.: **DC-21-07664** |
|---|

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20\_\_\_\_\_at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20\_\_\_\_\_, at _____o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20\_\_\_\_\_at_____o'clock \_\_\_.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20\_\_\_\_\_, at _____ o'clock \_\_\_.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

   a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of _____ |
| For Notary | $_____ | State of _____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of _____
   Signed and sworn to me by the said _____ before me this _____ day of _____, 20\_\_\_\_\_, to certify which witness my hand and seal of office.

Seal                                                    State & County of

**FORM NO. 3534  CITATION**

**THE STATE OF TEXAS**

**To:**  DR. SCHOLL'S LLC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
KARI MALONE



---

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20_____at _____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at _____o'clock ___.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ___.M. by summoning the within named Corporation, _____
 _____ President - Vice President - Registered Agent - in person, of the said

 a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation      $_____          Sheriff_____
For Mileage                   $_____          County of_____
For Notary                     $_____          State of_____
         Total Fees           $_____          By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
         Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                         Seal                                                            State & County of
                                                                        _____

# FORM NO. 3534  CITATION
## THE STATE OF TEXAS

**To:** ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows:  **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



---

**ESERVE  (SOS)**

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff | _____ |
| For Mileage | $_____ | County of | _____ |
| For Notary | $_____ | State of | _____ |
| Total Fees | $_____ | By | _____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                    State & County of

# FORM NO. 3534  CITATION
# THE STATE OF TEXAS

**To:**   THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**   the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



ESERVE  (SOS)

# CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock .M.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock .M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said
    a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

For Serving Citation    $_____    Sheriff_____
For Mileage           $_____    County of_____
For Notary            $_____    State of_____
      Total Fees    $_____    By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
      Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                Seal                                    State & County of

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**  FISONS CORPORATION
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



---

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ___.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ___.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said
_____

    a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.
----------000000----------
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
    Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

               Seal                               State & County of

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**   GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



---

ESERVE  (SOS)

**CITATION**

| No.: **DC-21-07664** |
| --- |

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20____, at _____ o'clock ____.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____          Sheriff_____
For Mileage          $_____          County of_____
For Notary          $_____          State of_____
       Total Fees     $_____          By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
       Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                                   Seal                                                State & County of
                                                                                   _____

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**  L'OREAL USA, INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
**KARI MALONE**



**ESERVE  (SOS)**

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
  vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock  .M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock  .M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said

     a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ | |
| For Mileage | $_____ | County of _____ | |
| For Notary | $_____ | State of _____ | |
| Total Fees | $_____ | By_____ | |

(Must be verified if served outside the State of Texas)
State of_____
County of _____
     Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____ , to certify which witness my hand and seal of office.

                 Seal

                                          State & County of

## FORM NO. 3534  CITATION
## THE STATE OF TEXAS

**To:**   MAYBELLINE LLC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECIALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
          **KARI MALONE**



---

**ESERVE  (SOS)**

# CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20_____at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at_____o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock _____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

For Serving Citation    $_____      Sheriff_____
For Mileage            $_____      County of_____
For Notary             $_____      State of_____
      Total Fees        $_____      By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
      Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                     State & County of
                                               _____

**FORM NO. 3534  CITATION**

**THE STATE OF TEXAS**

**To:**   NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS
SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of
the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER
HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.),
BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE
ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.),
CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE
ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS
CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC.
L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-
INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES,
REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO
AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS, INC., (SUED INDIVIDUALLY AND AS A
SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        **KARI MALONE**

---

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said _____

  a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____          Sheriff_____
For Mileage                  $_____          County of_____
For Notary                   $_____          State of_____
        Total Fees         $_____          By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                              Seal                                                                       State & County of

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**   PRESPERSE CORPORATION
         BY SERVING THE SECRETARY OF STATE
         OFFICE OF THE SECRETARY OF STATE
         CITATIONS UNIT - P.O. BOX 12079
         AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
         KARI MALONE



ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said

_____ a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal

State & County of
_____

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**  PRESPERSE INTERNATIONAL CORP
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        **KARI MALONE**



---

**ESERVE  (SOS)**

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY SERVICE FEES NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____        Sheriff_____
For Mileage                  $_____        County of_____
For Notary                    $_____        State of_____
        Total Fees          $_____        By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                        Seal                                                                    State & County of
                                                                                    _____

## FORM NO. 3534  CITATION
## THE STATE OF TEXAS

**To:**  PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
KARI MALONE



---

**ESERVE  (SOS)**

### CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation      $_____          Sheriff_____
For Mileage                $_____          County of_____
For Notary                 $_____          State of_____
          Total Fees       $_____          By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
          Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                    Seal                                                    State & County of
                                                          _____

**FORM NO. 3534  CITATION**
**THE STATE OF TEXAS**

**To:**  REVLON CONSUMER PRODUCTS CORPORATION
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        **KARI MALONE**



---

ESERVE  (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____ _____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff | _____ |
| For Mileage | $_____ | County of | _____ |
| For Notary | $_____ | State of | _____ |
| Total Fees | $_____ | By | _____ |

(Must be verified if served outside the State of Texas)
State of_____
County of _____
      Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                    Seal                                                                State & County of
                                                        _____

## FORM NO. 3534 CITATION
## THE STATE OF TEXAS

**To:** SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered **DC-21-07664** the nature of which demand is as follows: **Suit On OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
KARI MALONE



---

ESERVE (SOS)

## CITATION

| No.: **DC-21-07664** |
| --- |

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20_____at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at_____o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20_____, at _____o'clock ____.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said _____
  a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)

State of_____
County of_____
  Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                    State & County of
                                                       _____

# FORM NO.  3534  CITATION
## THE STATE OF TEXAS

**To:**   SCHOLL'S WELLNESS COMPANY LLC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECIALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For suit, said suit being numbered   **DC-21-07664**   the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
            KARI MALONE



---

ESERVE  (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
vs.
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY
OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

## DALLAS COUNTY
## SERVICE FEES
## NOT PAID

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of_____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____     Sheriff_____
For Mileage                 $_____     County of _____
For Notary                   $_____     State of _____
         Total Fees         $_____     By_____
(Must be verified if served outside the State of Texas)
State of_____
County of _____
         Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                    State & County of

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:** WHITTAKER CLARK & DANIELS, INC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**   the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
            KARI MALONE



---

**ESERVE  (SOS)**

**CITATION**

| No.: **DC-21-07664** |
| --- |

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

---

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
 vs.
AVENTIS INC.,, et al

Received this Citation the _____day of_____, 20_____at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of_____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at_____o'clock   .M.  Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock   .M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of _____ |
| For Notary | $_____ | State of _____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of _____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.


                    Seal                                                                                                          State & County of

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **BARRETTS MINERALS INC.**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201-3140**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.**

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
   KARI MALONE

---

**ESERVE**

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**JENNIFER MONTEMAYOR**
**1201 ELM STREET, SUITE 3400**
**DALLAS, TEXAS 75270**
**214-276-7680**
**JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of _____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**     **BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, FOR ITS DR. SCHOLL'S LINE OF PRODUCTS
SERVING AGENT CORPORATION SERVICE COMPANY D/B/A LAWYERS INCORPORATING SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN, TX 78701-3218**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.**

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        KARI MALONE



**ESERVE**

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff
JENNIFER MONTEMAYOR
1201 ELM STREET, SUITE 3400
DALLAS, TEXAS 75270
214-276-7680
JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____ _____,

20_____, by delivering to the within named _____ _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of  _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS,
INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.)
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3140

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.**

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        KARI MALONE



**ESERVE**

CITATION

**DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**JENNIFER MONTEMAYOR**
**1201 ELM STREET, SUITE 3400**
**DALLAS, TEXAS 75270**
**214-276-7680**
**JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of  _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   FIESTA MART, L.L.C.
        SERVING REGISTERED AGENT CT CORPORATION SYSTEM
        1999 BRYAN STREET, SUITE 900
        DALLAS, TX 75201-3140

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

**AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.**

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
            KARI MALONE



**ESERVE**

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff**
**JENNIFER MONTEMAYOR**
**1201 ELM STREET, SUITE 3400**
**DALLAS, TEXAS 75270**
**214-276-7680**
**JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____ _____,

20_____, by delivering to the within named _____ _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of  _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____  County  _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**    MERCK & CO., INC.
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3140

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
                KARI MALONE



---

**ESERVE**

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

---
**Attorney for Plaintiff**
**JENNIFER MONTEMAYOR**
**1201 ELM STREET, SUITE 3400**
**DALLAS, TEXAS 75270**
**214-276-7680**
**JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|                       |                |                                 |
|-----------------------|----------------|---------------------------------|
| For serving Citation  | $_____    | _____ |
| For mileage           | $_____    | of _____ County, _____ |
| For Notary            | $_____    | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**    PFIZER INC.
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3140

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.

For Suit, said suit being numbered **DC-21-07664, the** nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
KARI MALONE



**ESERVE**

CITATION

**DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy

**Attorney for Plaintiff
JENNIFER MONTEMAYOR
1201 ELM STREET, SUITE 3400
DALLAS, TEXAS 75270
214-276-7680
JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____
_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by
me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**    SPECIALTY MINERALS INC. (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.)
SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3140

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court  **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.),  CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.

For Suit, said suit being numbered **DC-21-07664,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        KARI MALONE



**ESERVE**

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al**

ISSUED THIS
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  KARI MALONE, Deputy
_____
**Attorney for Plaintiff
JENNIFER MONTEMAYOR
1201 ELM STREET, SUITE 3400
DALLAS, TEXAS 75270
214-276-7680
JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

 vs.

AVENTIS INC.,, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | For serving Citation | $_____ | _____ |
|--|--|--|--|
|  | For mileage | $_____ | of _____ County, _____ |
|  | For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of  _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

FILED
6/29/2021 4:44 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## CAUSE NO. DC-21-07664

| | |
|---|---|
| **ALVARO ALVARADO** and **MARIA DEL ROSARIO TOBIAS**, | IN THE DISTRICT COURT |
| *Plaintiffs,* | 160TH JUDICIAL DISTRICT |
| vs. | |
| | DALLAS COUNTY, TEXAS |

**AVENTIS INC.**, for its Desenex line of products;
**BARRETTS MINERALS INC.**;
**BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products;
**BAYER HEALTHCARE LLC**, a subsidiary of BAYER AG, for its Dr. Scholl's line of products;
**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);
**BRENNTAG SPECIALTIES, LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);
**CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;
**CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;
**COLOR TECHNIQUES, INC.**;
**COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.);
**CROWN LABORATORIES, INC.** for its Desenex line of products;
**DR. SCHOLL'S LLC**;
**ESTEÉ LAUDER, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products;
**THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for Len-Ron

Manufacturing Co. Inc.) for its Clinique line of products;

**FIESTA MART, L.L.C.**;

**FISONS CORPORATION**, for its Desenex line of products;

**GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products;

**L'OREAL USA, INC.**;

**MAYBELLINE LLC**;

**MERCK & CO., INC.**, for its Dr. Scholl's line of products;

**NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products;

**PFIZER INC.**;

**PRESPERSE CORPORATION**;

**PRESPERSE INTERNATIONAL CORP**;

**PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products;

**REVLON CONSUMER PRODUCTS CORPORATION**;

**SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products;

**SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products;

**SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.); and

**WHITTAKER CLARK & DANIELS, INC.**,

> *Defendants.*

## PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT**:

COME NOW Plaintiffs, ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS, who complain of the various Defendants listed below and for cause of action would show the Court and Jury as

follows:

I.

1.      Pursuant to T.R.C.P. 190.1, Discovery will be conducted under Level 3 (T.R.C.P. 190.4).  Certain Defendants named herein reside in this County, maintain offices in this County and/or have their principal place of business in this County, and/or all or a substantial part of the acts or omissions that form the basis of this lawsuit occurred in this County, therefore, venue properly lies in this County.  Certain acts or omissions, which were a proximate or producing cause of Plaintiff ALVARO ALVARADO's asbestos-related injuries, occurred in Texas.

2.      The damages Plaintiffs seek are within the jurisdictional limits of this Court.  As required by Texas Rule of Civil Procedure 47(c), Plaintiffs state that they seek monetary relief over $1,000,000.00 for the injuries alleged in this Complaint.  Plaintiffs further seek any relief in equity to which they are justly entitled.

3.      Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS reside at 5625 Parkdale Drive, Dallas, Texas 75227.

4.      Although Defendant **AVENTIS INC.**, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Pennsylvania, Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.  Defendant **AVENTIS INC.**, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

5.      Defendant **BARRETTS MINERALS INC.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140.  This Defendant is being sued as a supplier of asbestos-containing talc.

6.      Although Defendant **BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.   Defendant **BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC., for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas.   This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

7.      Defendant **BAYER HEALTHCARE LLC**, a subsidiary of BAYER AG, for its Dr. Scholl's line of products, may be served through its registered agent for service of process, Corporation Service Company d/b/a Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.   This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

8.      Although Defendant **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.   Defendant **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) may be served through the Secretary of State for the State of Texas.   This Defendant is being sued as a supplier of asbestos-containing talc.

9.      Defendant **BRENNTAG SPECIALTIES, LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/A MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.) may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140.  This Defendant is being sued as a supplier of asbestos-containing talc.

10.     Although Defendant **CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New York, Corporation Service Company, 80 State Street, Albany, NY 12207.  Defendant **CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

11.     Although Defendant **CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC., may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

12.     Although Defendant **COLOR TECHNIQUES, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Salvatore Giampapa, 1202 Laurel Oak Road, Suite 205, Voorhies, NJ 08043.  Defendant **COLOR TECHNIQUES, INC.** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a supplier of asbestos-containing talc.

13.     Although Defendant **COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Ronald W. Grexa, 125 White Horse Pike, Haddon Heights, NJ 08035.  Defendant **COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is

being sued as a supplier of asbestos-containing talc, and as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

14. Although Defendant **CROWN LABORATORIES, INC.** for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.   Defendant **CROWN LABORATORIES, INC.** for its Desenex line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

15. Although Defendant **DR. SCHOLL'S LLC** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **DR. SCHOLL'S LLC** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

16. Although Defendant **ESTEÉ LAUDER, INC.,** a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall Corporation System, Inc., 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **ESTEÉ LAUDER, INC.,** a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC. for its Clinique line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

17. Although Defendant **THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for Len-Ron Manufacturing Co. Inc.) for its Clinique line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall

Corporation System, Inc., 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for Len-Ron Manufacturing Co. Inc.) for its Clinique line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Clinique Eyeshadows.

18.     Defendant **FIESTA MART, L.L.C.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140. This Defendant is being sued as a supplier of asbestos-containing talcum powder and cosmetic products. This Defendant is a resident of the State of Texas.

19.     Although Defendant **FISONS CORPORATION**, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation  may be served with process at its registered agent in Massachusetts, Corporation Service Company, 84 State Street, Boston, MA 02109.  Defendant **FISONS CORPORATION**, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

20.     Although Defendant **GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation  may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **GSK CONSUMER HEALTH, INC.** f/k/a NOVARTIS CONSUMER HEALTH INC. f/k/a CIBA SELF-MEDICATION, INC., for its Desenex line of products, may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

21.     Although Defendant **L'OREAL USA, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, The Prentice-Hall Corporation System, 251 Little Falls Drive, Wilmington, DE 19808.  Defendant **L'OREAL USA, INC.** may be served through the Secretary of

State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing L'Oreal pressed face powder, L'Oreal blushes, and L'Oreal eyeshadows.

22. Although Defendant **MAYBELLINE LLC** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in New York, Corporation Service Company, 80 State Street, Albany, NY 12207. Defendant **MAYBELLINE LLC** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Maybelline pressed face powder, Maybelline blushes, and Maybelline eyeshadows.

23. Defendant **MERCK & CO., INC.,** for its Dr. Scholl's line of products, may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

24. Although Defendant **NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New York, The Prentice Hall Corporation System, 80 State Street, Albany, NY 12207. Defendant **NOVARTIS CORPORATION** (sued individually and as a successor-in-interest to CIBA-GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.), for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

25. Defendant **PFIZER INC.** may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a supplier of asbestos-containing talc.

26. Although Defendant **PRESPERSE CORPORATION** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served

with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **PRESPERSE CORPORATION** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a supplier of asbestos-containing talc.

   27. Although Defendant **PRESPERSE INTERNATIONAL CORP** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, CT Corporation System, 820 Bear Tavern Road, W. Trenton, NJ 08628. Defendant **PRESPERSE INTERNATIONAL CORP** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a supplier of asbestos-containing talc.

   28. Although Defendant **PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.  Defendant **PTI UNION, LLC** a/k/a PHARMA TECH INDUSTRIES, for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

   29. Although Defendant **REVLON CONSUMER PRODUCTS CORPORATION** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in Delaware, Corporate Creations Network Inc., 3411 Silverside Road, Tatnall Building, Suite 104, Wilmington, DE 19810. Defendant **REVLON CONSUMER PRODUCTS CORPORATION** may be served through the Secretary of State for the State of Texas.  This Defendant is being sued as a manufacturer of asbestos-containing Revlon pressed face powder, Revlon blushes and Revlon eyeshadows.

   30. Although Defendant **SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited

liability company may be served with process at its registered agent in Delaware, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808. Defendant **SANOFI-AVENTIS U.S. LLC** (sued individually and as successor by merger to AVENTIS PHARMACEUTICALS INC.), for its Desenex line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Desenex Foot Powder.

31.    Although Defendant **SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products, has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said limited liability company may be served with process at its registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. Defendant **SCHOLL'S WELLNESS COMPANY LLC**, for its Dr. Scholl's line of products, may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a manufacturer of asbestos-containing Dr. Scholl's Foot Powder.

32.    Defendant **SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.) may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. This Defendant is being sued as a supplier of asbestos-containing talc.

33.    Although Defendant **WHITTAKER CLARK & DANIELS, INC.** has at all times relevant to this litigation conducted business in this State and is required to maintain a registered agent for service of process, it has not designated such an agent. Therefore, said corporation may be served with process at its registered agent in New Jersey, Joe Cobuzio, Tompkins, McGuire, Wacenfeld, et al., 3 Becker Farm Road, 4th Floor, Roseland, NJ 07068. Defendant **WHITTAKER CLARK & DANIELS, INC.** may be served through the Secretary of State for the State of Texas. This Defendant is being sued as a supplier of asbestos-containing talc.

34.    This action is brought and these allegations are made pursuant to Tex. Civ. Prac. & Rem. Code § 71.031.

## FACTUAL SUMMARY

35.    Plaintiff   ALVARO ALVARADO was wrongfully exposed to and inhaled or otherwise absorbed asbestos fibers, an inherently dangerous toxic substance, as described below:

Plaintiffs allege that Plaintiff ALVARO ALVARADO experienced exposure to asbestos through his regular and frequent personal use of Desenex Foot Powder from approximately 1990 to the late 2010s, Dr. Scholl's Foot Powder from approximately 1995 to 2001, and Johnson's Baby Powder from approximately 2006 to 2016. Plaintiff was also exposed to asbestos through Plaintiff MARIA DEL ROSARIO TOBIAS' regular and frequent use of Clinique eyeshadows from approximately 1990 to 1998, Maybelline face powders, Maybelline blushes, Maybelline eyeshadows, Revlon face powders, Revlon blushes, Revlon eyeshadows, L'Oreal face powders, L'Oreal blushes, and L'Oreal eyeshadows from approximately 2006 to the late 2010s, and Johnson's Baby Powder from approximately 2006 to 2016 while in close proximity to Plaintiff. Plaintiff was also exposed to asbestos during Plaintiffs' use of Johnson's Baby Powder on their daughter as an infant and small child from approximately 2006 to 2009. During these time periods, Plaintiff was also exposed to asbestos-containing talc supplied by Barretts Minerals Inc., Brenntag North America, Inc. (sued individually and as successor-in-interest to Mineral Pigment Solutions, Inc. and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Brenntag Specialties, LLC f/k/a Brenntag Specialties, Inc. f/k/a Mineral Pigment Solutions, Inc. (sued individually and as successor-in-interest to Whittaker Clark & Daniels, Inc.), Color Techniques, Inc., Cosmetic Specialties, Inc. (sued individually and formerly d/b/a G&G Specialty Products Co.) for its Dr. Scholl's line of products, Pfizer Inc., Presperse Corporation, Presperse International Corp, Specialty Minerals Inc. (sued individually and as a subsidiary of Minerals Technologies Inc.), and Whittaker Clark & Daniels, Inc., and asbestos-containing talcum powder and cosmetics products supplied by Fiesta Mart, L.L.C. Plaintiff experienced these exposures at his personal residences in New Orleans, Louisiana and Dallas, Texas. Plaintiff ALVARO ALVARADO's regular and frequent personal use of Desenex Foot Powder, Dr. Scholl's Foot Powder, and Johnson's Baby Powder, Plaintiff MARIA DEL ROSARIO TOBIAS' regular and frequent use of  Maybelline face powders, Maybelline blushes,

Maybelline eyeshadows, Revlon face powders, Revlon blushes, Revlon eyeshadows, L'Oreal face powders, L'Oreal blushes, L'Oreal eyeshadows, Johnson's Baby Powder and Clinique eyeshadows while in close proximity to Plaintiff, and Plaintiffs' regular and frequent use of Johnson's Baby Powder on their daughter generated asbestos-containing dust and exposed Plaintiff ALVARO ALVARADO to respirable asbestos fibers. While Plaintiff MARIA DEL ROSARIO TOBIAS used asbestos-containing talcum powder and cosmetic products, dangerously high levels of asbestos fibers were released into the air at their personal residences. These fibers were frequently inhaled by Plaintiff ALVARO ALVARADO through contact with Plaintiff MARIA DEL ROSARIO TOBIAS.

## COUNT ONE
## ALLEGATIONS AGAINST TALC MANUFACTURING DEFENDANTS

36.    Plaintiffs allege that Plaintiff ALVARO ALVARADO was exposed to asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades through Plaintiff's personal use of talcum powder products and Plaintiff MARIA DEL ROSARIO TOBIAS' use of talcum powder products and talc-containing cosmetics while in close proximity to Plaintiff. Each Defendant corporation or its predecessors-in-interest is, or at times material hereto, has been engaged in the mining, processing and/or manufacturing, sale and distribution of  asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades (hereinafter collectively referred to as "Defendants' Products").  Plaintiffs would show that Plaintiff ALVARO ALVARADO was exposed, on numerous occasions, to Defendants' Products which were produced and/or sold by Defendants and in so doing, inhaled great quantities of asbestos fibers.  Further, Plaintiffs allege as more specifically set out below, that Plaintiff ALVARO ALVARADO has suffered injuries, illnesses, and disabilities proximately caused by his exposure to Defendants' Products which were designed, manufactured and sold by Defendants.  In that each exposure to Defendants' Products caused or contributed to Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities,

Plaintiffs say that the doctrine of joint and several liabilities should be extended to apply to each Defendant herein.

37.     Plaintiff ALVARO ALVARADO was exposed to Defendants' Products that were manufactured, designed and/or distributed by the Defendants and/or their predecessors-in-interest through Plaintiff's personal use of Defendants' Products, and Plaintiff MARIA DEL ROSARIO TOBIAS' use of Defendants' Products while in close proximity to Plaintiff. Plaintiffs would show that the defective design and condition of Defendants' Products rendered said Products unreasonably dangerous, and that Defendants' Products were in this defective condition at the time they were designed by and/or left the hands of Defendants. Plaintiffs would show that Defendants' Products were defective in the manner in which they were marketed for their failure to contain or include adequate warnings regarding potential asbestos health hazards associated with the use of or the exposure to Defendants' Products, were defectively designed because they were more dangerous than would be contemplated by an ordinary user, the risks of Defendants' Products outweighed their benefits, and were defectively manufactured as they failed to comply with Defendants' own specifications and protect against asbestos exposure. Plaintiffs would show that this market defect rendered Defendants' Products unreasonably dangerous at the time they were designed or left the hands of the Defendants. Plaintiffs would show that Defendants are liable in product liability including, but not limited to, strict product liability for the above-described defects.

38.     The Defendants are or were engaged in the business of selling, manufacturing, producing, designing and/or otherwise putting into the stream of commerce Defendants' Products, and those Products, without substantial change in the condition in which they were sold, manufactured, produced, designed and/or otherwise put into the stream of commerce, were a proximate and/or producing cause of the injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO.

39.     Defendants knew that Defendants' Products would be used without inspection for defects and, by placing them on the market, represented that they would safely do the job for which they were intended, which must necessarily include the safe manipulation, personal use and/or handling of Defendants' Products.

40.     Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS were unaware of the hazards and defects in Defendants' Products which made them unsafe for purposes of manipulation, personal use and/or handling.

41.    During the periods that Plaintiff ALVARO ALVARADO was exposed to Defendants' Products which were manufactured and sold by various Defendants, those Products were being utilized in a manner which was intended by Defendants.

42.    In the event that Plaintiffs are unable to identify each of Plaintiff ALVARO ALVARADO's injurious exposures to Defendants' Products, Plaintiffs would show the Court that the Defendants named herein represent and/or represented a substantial share of the relevant market of Defendants' Products at all times material to this cause of action.  Consequently, each Defendant should be held jointly and severally liable under the doctrines of enterprise liability, market-share liability, concert of action and alternative liability, among others.

43.    The injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO are a direct and proximate result of the negligence of each Defendant and/or its predecessors-in-interest in that said entities produced, designed, sold and/or otherwise put into the stream of commerce Defendants' Products which the Defendants knew, or in the exercise of ordinary care should have known, were deleterious and highly harmful to Plaintiff's health and well-being. Certain Defendants created hazardous and deadly conditions to which Plaintiff was exposed and which caused Plaintiff to be exposed to a large amount of asbestos fibers. The Defendants were negligent in one, some and/or all of the following respects, among others, same being the proximate cause of Plaintiff's injuries, illnesses, and disabilities:

(a)    in failing to timely and adequately warn Plaintiffs and others of the dangerous characteristics and serious health hazards associated with exposure to Defendants' Products;

(b)    in failing to provide Plaintiffs and others with information as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment, if in truth there were any, to protect Plaintiff ALVARO ALVARADO and others from being harmed and disabled by exposure to Defendants' Products;

(c)    in failing to place timely and adequate warnings on the containers of Defendants' Products or on Defendants' Products themselves to warn of the dangers to health of coming into contact with Defendants' Products;

(d)     in failing to take reasonable precautions or exercise reasonable care to publish, adopt and enforce a safety plan and/or safe method and manner of manipulation, personal use and/or handling of Defendants' Products;

(e)     in failing to develop and utilize a substitute material or design to eliminate asbestos fibers in Defendants' Products;

(f)     in failing to properly design and manufacture Defendants' Products for safe use under conditions of use that were reasonably anticipated;

(g)     in failing to properly test Defendants' Products before they were released for use; and

(h)     in failing to recall and/or remove Defendants' Products from the stream of commerce despite knowledge of the unsafe and dangerous nature of Defendants' Products.

**COUNT TWO**
**ALLEGATIONS AGAINST ASBESTOS-CONTAINING TALC SUPPLIER AND ASBESTOS-CONTAINING PRODUCT SUPPLIER DEFENDANTS**

44.     All of the allegations contained in the previous paragraphs are realleged herein.

45.     For all pertinent times, Defendants BARRETTS MINERALS INC.; BRENNTAG NORTH AMERICA, INC. (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.) for its Dr. Scholl's line of products, FIESTA MART, L.L.C., PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, SPECIALTY MINERALS INC. (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.), and WHITTAKER CLARK & DANIELS, INC. (hereinafter collectively referred to as "Supplier Defendants") individually sold, distributed, and supplied asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or talc-containing cosmetics, and/or raw asbestos fiber of various kinds and grades (hereinafter collectively referred to as "Supplier Defendants' Products") that Plaintiff ALVARO ALVARADO came in contact with and inhaled, thereby causing his injuries, illnesses and disabilities.

46.     Supplier Defendants as manufacturers, miners, shippers, distributors, and suppliers of Supplier Defendants' Products to various locations owned and/or operated by asbestos product manufacturers are liable to Plaintiffs for their failure to warn of the health hazards of exposure to asbestos and failure to design and package Supplier Defendants' Products so as to adequately protect and warn users and bystanders of the dangers of exposure to asbestos.

47.     Further, Supplier Defendants are liable to Plaintiff ALVARO ALVARADO as professional vendors of Supplier Defendants' Products, and as such, because of the Defendants' size, volume of business and merchandising practices, knew or should have known of the defects of the Products they sold and/or supplied, and are strictly liable and negligent for failing to warn users and bystanders of potential health hazards from the use of said Products.

48.     Further, Supplier Defendants made misrepresentations regarding the safety of asbestos to the asbestos-product manufacturers, thereby fraudulently inducing other sophisticated users to use Supplier Defendants' Products instead of other types.  As such, Supplier Defendants are liable to Plaintiff ALVARO ALVARADO for his suffering and injuries from a disease caused by exposure to Supplier Defendants' Products because Supplier Defendants' fraudulent misrepresentations were detrimentally relied upon (1) by asbestos-product manufacturers incorporating raw asbestos fiber of various kinds and grades into Supplier Defendants' and others' finished Products and (2) by Plaintiff ALVARO ALVARADO who was exposed to Supplier Defendants' Products.

49.     Finally, Supplier Defendants are liable to Plaintiffs because they knew or should have known that Supplier Defendants' Products which they sold and supplied were unreasonably dangerous in normal use, and their failure to communicate this information constitutes negligence. This negligence was the cause of Plaintiff ALVARO ALVARADO's illnesses, injuries and disabilities including, but not limited to, asbestos-related mesothelioma and other ill health effects.

## COUNT THREE
## CONSPIRACY ALLEGATIONS AGAINST ALL DEFENDANTS

50.     All of the allegations contained in the previous paragraphs are realleged herein.

51.     Plaintiffs further allege that Defendants and/or their predecessors-in-interest knowingly agreed, contrived, combined, confederated and conspired among themselves and with other entities to cause Plaintiff ALVARO ALVARADO's illnesses, injuries and disabilities by exposing him to harmful and dangerous Defendants' Products.  Defendants and other entities further

knowingly agreed, contrived, combined, confederated and conspired to deprive Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS of the opportunity of informed free choice as to whether to use Defendants' Products or to expose Plaintiff ALVARO ALVARADO to said dangers. Defendants committed the above-described wrongs by willfully misrepresenting and suppressing the truth as to the risks and dangers associated with the use of and exposure to Defendants' Products.

52.  In furtherance of said conspiracies, Defendants performed the following overt acts:

(a)  for many decades, Defendants individually, jointly, and in conspiracy with each other and other entities have been in possession of medical and scientific data, literature and test reports, which clearly indicated that the inhalation of asbestos dust and fibers resulting from the ordinary and foreseeable use of Defendants' Products was unreasonably dangerous, hazardous, deleterious to human health, carcinogenic, and potentially deadly;

(b)  despite the medical and scientific data, literature and test reports possessed by and available to Defendants, Defendants individually, jointly, and in conspiracy with each other and other entities fraudulently, willfully, and maliciously:

(1)  withheld, concealed, and suppressed said medical and scientific data, literature and test reports regarding the risks of cancer, mesothelioma and other illnesses and diseases from Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS who were using and Plaintiff ALVARO ALVARADO was being exposed to Defendants' Products;

(2)  caused to be released, published and disseminated medical and scientific data, literature and test reports containing information and statements regarding the risks of cancer, mesothelioma and other illnesses and diseases, which Defendants knew were incorrect, incomplete, outdated and misleading; and

(3)  distorted the results of medical examinations conducted upon individuals such as Plaintiff ALVARO ALVARADO, who was using or in close proximity to Defendants' Products and being exposed to

the inhalation of asbestos dust and fibers, by falsely stating and/or concealing the nature and extent of the harm to which Plaintiff and others such as Plaintiff have suffered.

(c)    Other conspirators participating in the conspiracy, or in ongoing or subsequent conspiracies (hereinafter called the "conspirators"), were member companies in the Quebec Asbestos Mining Association, and/or Asbestos Textile Institute, and/or the Cosmetic Toiletry and Fragrance Association (now Personal Care Products Council), and/or the Industrial Hygiene Foundation.  Acting in concert, the conspirators fraudulently misrepresented to the public and public officials, *inter alia,* that asbestos did not cause cancer and that the disease mesothelioma had no association with pleural and pulmonary cancer and affirmatively suppressed information concerning the carcinogenic and other adverse effects of asbestos exposure on the human respiratory and digestive systems.

(d)    In addition, Defendants contrived, combined, confederated and conspired through a series of industry trade meetings and the creation of organizations such as the Air Hygiene Foundation (later the Industrial Hygiene Foundation) to establish authoritative standards for the control of industrial dusts which would act as a defense in personal injury lawsuits, despite knowing that compliance with such standards would not protect individuals such as  Plaintiff ALVARO ALVARADO from contracting an asbestos-related disease or cancer.

(e)    In furtherance of said conspiracies, Defendants and/or their co-conspirators contributed to cause the establishment of a Threshold Limit Value for asbestos exposure, and contributed to the maintenance of such Threshold Limit Value despite evidence that this supposed "safe" level of exposure to asbestos would not protect the health of individuals such as Plaintiff ALVARO ALVARADO even if complied with.

(f)    As the direct and proximate result of the false and fraudulent representations, omissions and concealments set forth above, Defendants individually, jointly, and in conspiracy with each other intended to induce Plaintiffs ALVARO

ALVARADO and MARIA DEL ROSARIO TOBIAS to rely upon said false and fraudulent representations, omissions and concealments, and to continue to expose Plaintiff ALVARO ALVARADO to the dangers inherent in the use of and exposure to Defendants' Products, which caused the release of respirable asbestos fibers.

53.     Plaintiffs reasonably and in good faith relied upon the false and fraudulent representations, omissions and concealments made by Defendants regarding the nature of Defendants' Products.

54.     As a direct and proximate result of Plaintiffs' reliance on Defendants' false and fraudulent representations, omissions and concealments, Plaintiff ALVARO ALVARADO sustained damages including injuries, illnesses and disabilities and was deprived of the opportunity of informed free choice in connection with the use of and exposure to Defendants' Products.

## COUNT FOUR
## GROSS NEGLIGENCE/MALICE ALLEGATIONS AGAINST ALL DEFENDANTS

55.     All of the allegations contained in the previous paragraphs are realleged herein.

56.     The actions and inactions of  Defendants and their predecessors-in-interest, as specifically alleged hereinabove, whether taken separately or together, were of such a character as to constitute a pattern or practice of gross negligence, intentional wrongful conduct and/or malice resulting in damages and injuries to Plaintiff ALVARO ALVARADO.  Defendants' conduct was specifically intended by Defendants to cause substantial injury to Plaintiff, or was carried out by Defendants with a conscious and flagrant disregard for the rights, safety and welfare of others and with actual awareness on the part of Defendants that the conduct would, in reasonable probability, result in human deaths and/or great bodily harm. More specifically, Defendants and their predecessors-in-interest consciously and/or deliberately engaged in oppression, fraud, willfulness, wantonness and/or malice with regard to Plaintiff ALVARO ALVARADO and should be held liable in punitive and exemplary damages to Plaintiffs.

## COUNT FIVE
## AIDING AND ABETTING ALLEGATIONS AGAINST ALL DEFENDANTS

57.     All of the allegations contained in the previous paragraphs are realleged herein.

58.     The actions of all Defendants aided, abetted, encouraged, induced or directed the negligent and/or intentional acts of each and every other Defendant.

59.    Each of the Defendants knew or should have known that its individual actions would combine to cause the injuries, illnesses and disabilities of Plaintiff ALVARO ALVARADO .

60.    The actions of each of the Defendants is a proximate cause of Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities.  As a result, all Defendants are jointly liable for the damage caused by their combined actions.

## COUNT SIX
## NEGLIGENCE PER SE ALLEGATIONS AGAINST ALL DEFENDANTS

61.    All of the allegations contained in the previous paragraphs are realleged herein.

62.    The actions of all Defendants also constituted negligence per-se.

63.    Each Defendant violated federal and state regulations relating to asbestos exposure. Such violations constitute negligence per-se or negligence as a matter of law.  Further, each such violation resulted in dangerous and unlawful exposures to asbestos for Plaintiff ALVARO ALVARADO.  Plaintiffs are not making any claims under federal law; instead, Plaintiffs are simply using the violation of federal standards as proof of liability on their state-law theories.  Further, the reference to Federal regulations does not create a Federal question.  See *Merrell Dow Pharmaceuticals, Inc. v. Thompson*, 478 U.S. 804 (1986).  Any removal on this basis will be met with an immediate motion for remand and for sanctions.

64.    The negligence per-se of each Defendant was a proximate cause of Plaintiff ALVARO ALVARADO's injuries, illnesses and disabilities.

## COUNT SEVEN
## (FRAUD AGAINST ALL DEFENDANTS)

65.    All of the allegations contained in the previous paragraphs are realleged herein.

66.    **Fraudulent Misrepresentation**: All Defendants are liable for their fraudulent misrepresentations:

(a)    First, each of these Defendants, via its employees, agents, advertisements, or any other authorized person or document, represented that certain facts were true when they were not, and made material representations that were false. The specific identities of these employees, agents, advertisements, or any other authorized person or document are maintained in Defendants' records. Such records remain in the exclusive control of Defendants pursuant to Defendants' respective document-retention policies. While Plaintiffs do not currently know all of the specific advertisements, or the names of all of the employees, agents, or any other authorized person who

made the representations, Plaintiffs will have access to this information once discovery has commenced and will be able to specifically name the advertisements as well as the employees, agents, or any other authorized persons.

(b)     Second, Defendants represented that the asbestos-containing products they manufactured, supplied, or specified for use were not hazardous to humans. These representations, including material misrepresentations, were made before and during the years that Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS purchased, used, and Plaintiff ALVARO ALVARADO was exposed to asbestos from Defendants' asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetic products.  Such material representations were made either directly to Plaintiffs or to a third party intending and reasonably expecting that the substance of those material representations would be repeated to Plaintiffs.

(c)     Third, Defendants knew that the material representations were false when they made them, or they made the material representations recklessly and without regard for their truth. Defendants material representations and conduct were false statements and material representations of fact.

(d)     Fourth, Defendants intended that Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS, and/or the same class of persons as Plaintiffs rely and act on the material representations or their substance.

(e)     Fifth, Plaintiffs ALVARO ALVARADO and MARIA DEL ROSARIO TOBIAS reasonably relied on Defendants' material and false representations or the substance of these material and false representations.

(f)     Sixth, Plaintiff ALVARO ALVARADO developed mesothelioma.

(g)     Seventh, Plaintiffs ALVARO ALVARADO's and MARIA DEL ROSARIO TOBIAS' justifiable  reliance on those material representations was a substantial factor in causing Plaintiff ALVARO ALVARADO's mesothelioma and the resulting damages thereto.

67.     **Conspiracy to Commit Fraudulent Misrepresentation**: Plaintiffs hereby incorporate by reference the allegations of Paragraph 66 of this Seventh Cause of Action as if fully stated herein. All Defendants are liable for their conspiracy to commit fraudulent material misrepresentation:

(a)     First, Defendants were aware that their conspirators, which included all co-Defendants and others, planned to commit fraudulent material misrepresentation against Plaintiff ALVARO ALVARADO, and/or the same class of persons as Plaintiff.

(b)     Second, Defendants agreed with their conspirators and intended that the false and fraudulent material misrepresentation, including material misrepresentations of fact, be committed.

(c)     Third, Plaintiff ALVARO ALVARADO developed mesothelioma.

(d)     Fourth, each Defendant's participation in the conspiracy was a substantial factor in causing Plaintiff's mesothelioma and the resulting damages thereto.

68.     **Knowledge of Hazards**: At all times pertinent hereto, all Defendants owed Plaintiff ALVARO ALVARADO a duty, as provided for in Restatement (Second) of Torts §525-551, to abstain from injuring his person, property, or rights. In violation of that duty, these Defendants, and each of them, did do the acts and omissions, when a duty to act was imposed as set forth herein, thereby proximately causing injury to Plaintiff.  Such acts and omissions consisted of acts falling within Restatement (Second) of Torts §525-551, and more specifically were (i) suggestions of material  facts which were not true and which the Defendants did not believe to be true, (ii) assertions of material facts of that which were not true, which the Defendants had no reasonable ground for believing to be true, and (iii) the suppression of  material facts when a duty existed to disclose them, all as are more fully set forth herein, and the violation of which as to any one such item  gave  rise  to  a  cause  of  action  for  violation  of  Plaintiffs'  rights  as  provided  for  in  the aforementioned Restatement (Second) of Torts §525-551.

69.     Since 1924, all of the Defendants have known and possessed of the true material facts (consisting of medical and scientific data and other knowledge) which clearly indicated that the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics referred to herein were hazardous to the health and safety of Plaintiff ALVARO ALVARADO and others similarly situated.  Defendants engaged in the following acts and omissions:

(a)     Did not label any of the aforementioned asbestos-containing products as to the hazards of said products to the health and safety of Plaintiff ALVARO ALVARADO, and others in Plaintiffs' positions using and Plaintiff being exposed to said products when the knowledge of such hazards was existing and known to Defendants, and each of them, since 1924. By not labeling Defendants' asbestos-containing products as to their said hazards, Defendants, and each of them,

caused to be suggested  as a fact to Plaintiffs that it was safe for them to use said products, when in fact these things were not true and Defendants did not believe them to be true.

(b)     Suppressed information relating to the danger of using the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics by requesting the suppression of information to Plaintiffs, Plaintiffs' class of persons, and the general public concerning the dangerous nature of the aforementioned products to all persons, including users, bystanders and household members, by not allowing such information to be disseminated in a manner which would give general notice to the public and knowledge of the hazardous nature thereof when Defendants were bound to disclose such information.

(c)     Sold the aforementioned asbestos-containing products to the public, including Plaintiffs and others in Texas and other states without advising them of the dangers of use of said products and dangers to those persons' household members, when Defendants knew of such dangers as set forth herein and above, and had a duty to disclose such dangers. Thus, Defendants caused to be positively asserted to Plaintiffs and the public that which was not true and which Defendants had no reasonable ground for believing to be true, in a manner not warranted by the information possessed by said Defendants, and each of them, of that which was and is not true, to wit, that it was safe for Plaintiffs to use said products and that they did not pose a risk of harm to Plaintiff ALVARO ALVARADO .

(d)     Suppressed and continue to suppress from everyone, including Plaintiffs, medical, scientific data, and knowledge of the accurate results of studies including, but not limited to, Waldemar C. Dreesen of the United States Public Health Service's 1933 report to the National Safety Council, the results of a study conducted among tremolite, talc and slate workers. The study indicated that the talc was a hydrous calcium magnesium silicate, being 45% talc and 45% tremolite, and the National Safety Council stated "The results of the study seemed to indicate a relationship between the amount of dust inhaled and the effect of this dust on the lungs of the workers." As early as 1934, the National Safety Council was publishing information stating that "a cause of severe pulmonary injury is asbestos, a silicéte of magnesium."  In the September 1935 issue of National Safety News, an article entitled *No Halfway Measures in Dust Control* by Arthur S. Johnson reported lowered lung capacity resulting from "mesothelioma" and "similar conditions" that developed "from exposure to excess of many mineral dusts relatively low in free silica content." The article further noted that claims for disabilities from workers who alleged exposure to "clay, talc,

emery, and carborundum dusts" had "claims prosecuted successfully." The article concluded that "[i]n the absence of adequate diagnoses, occupational histories and a more satisfactory method of adjudicating claims than prosecution at common law, we must conclude that it is necessary to find a practical method for controlling all mineral dusts."

(e)     Belonged to, participated in, and financially supported the Industrial Hygiene Foundation, Asbestos Information Association, the Asbestos Textile Institute (ATI), the Cosmetic, Toiletry, and Fragrance Association (now known as the Personal Care Products Council), and other industry organizations which actively promoted the suppression of information of danger to users of asbestos-containing talc and asbestos-containing talcum powder products for and on behalf of Defendants, and each of them, thereby misleading Plaintiffs to their prejudice through the suggestions and deceptions set forth above in this cause of action. ATI's Dust Control Committee, which changed its name to the Air Hygiene Committee of ATI, was specifically enjoined to study the subject of dust control; discussions in such committee were held many times of (i) the dangers inherent in asbestos and the dangers which arise from the lack of control of dust and (ii) the suppression of such information from 1946 to a date unknown to Plaintiffs at this time.

(f)     Knew and possessed medical and scientific information of the connection between inhalation of asbestos fibers and mesothelioma in 1930 with the study of mine and mill workers at the Thetford asbestos mines in Quebec, Canada, and the study of workers at Raybestos-Manhattan plants in Manheim and Charleston, South Carolina.  This information was disseminated through the ATI and other industry organizations to all other Defendants, and each of them herein. Between 1942 and 1950, Defendants, and each of them, knew and possessed medical and scientific information of the connection between inhalation of asbestos fibers and cancer, which information was disseminated through the ATI and other industry organizations to all other Defendants herein. Thereby, Defendants suggested as fact that which is not true and disseminated other facts likely to and did mislead Plaintiffs for want of communication of true facts, which consisted of the previously described medical and scientific data and other knowledge by not giving Plaintiffs the true facts concerning  such knowledge of danger, when Defendants were bound to disclose them.

(g)     Failed to warn Plaintiffs and others similarly situated regarding the nature of Defendants' asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics. In 1968, a study presented at the American Industrial Hygiene Conference and published in the American Industrial  Hygiene Association Journal concluded that "[all] of the 22

talcum products analyzed have a.. . fiber content. . . averaging 19%. The fibrous-material was predominantly talc but contained minor amounts of tremolite, anthophyllite, and chrysotile as these are often present in fibrous talc mineral deposits. Unknown significant amounts of such materials in products that may be used without precautions may create an unsuspected problem." [Cralley, L.J., et al.; *Fibrous and Mineral Content of Cosmetic Talcum Products*, 29 Ant Ind. Hyg. Assoc. J.350 (1968).] Defendants failed to warn Plaintiffs and others similarly situated that their asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics are, among other things, dangerous when breathed and cause pathological effects without noticeable trauma, although Defendants possessed knowledge that such products were dangerous and a threat to the health of persons coming into contact therewith and under a duty to disclose it.

(h)    Concealed from Plaintiff ALVARO ALVARADO and others similarly situated the true nature of their exposure, the fact that Defendants knew that exposure to respirable asbestos meant that Plaintiff ALVARO ALVARADO would inhale this asbestos, significantly increasing his risk of developing mesothelioma, lung cancer, and mesothelioma; that Plaintiff had in fact been exposed to respirable asbestos; that the materials to which Plaintiff was exposed would cause pathological effects in the human body without noticeable or perceptible trauma to warn him of injury; and Defendants engaged in these acts and omissions while under a duty to and bound to disclose this information.

(i)    Failed to provide information to the public at large and buyers, users and physicians of Plaintiff ALVARO ALVARADO for the purpose of conducting physical examinations of anyone who came in contact with asbestos as to the true nature of the hazards of asbestos, in order for such physicians to diagnose and treat individuals coming into contact with asbestos, in that the materials to which Plaintiff had been exposed would cause pathological effects without noticeable trauma, even though Defendants were under a duty to supply such information and such failure was and is likely to mislead persons, including Plaintiff, as to the dangers and risk of harm to which they were exposed.

(j)    Affirmatively misrepresented that their asbestos-containing talc, asbestos-containing talcum powder products and asbestos-containing cosmetics were safe to use and handle, when Defendants knew such statements were false when made, or made said false statements recklessly and without regard for whether the statements were true.

70.     Each of the foregoing acts, suggestions, assertions, and forbearances to act when a duty existed to act, the said Defendants and each of them, having such knowledge, knowing Plaintiffs did not have such knowledge and Plaintiff ALVARO ALVARADO would breathe the asbestos-containing talc, asbestos-containing talcum powder products, and asbestos-containing cosmetics innocently, was done falsely and fraudulently and with full intent to induce Plaintiff to be in a dangerous environment and to cause him to remain unaware of the true facts, all in violation of Restatement (Second) of Torts §525-551.

**COUNT EIGHT**
**BASIS FOR PUNITIVE DAMAGES**

71.     All of the allegations contained in the previous paragraphs are realleged herein.

72.     **Malice, Oppression, and Fraud**: Plaintiffs hereby incorporate by reference the allegations of all causes of action as if fully stated herein. All Defendants are liable for punitive damages because they engaged in the conduct that caused Plaintiffs harm with malice, oppression, or fraud.

(a)     First, Defendants committed malice in that they acted with intent to harm when they caused Plaintiff ALVARO ALVARADO's asbestos exposures, and because their conduct was despicable and was done with a willful and knowing disregard of the rights and safety of others.

(b)     Second, these Defendants committed oppression in that their conduct was despicable and subjected Plaintiff ALVARO ALVARADO to cruel and unjust hardship and knowingly disregarded his rights.

(c)     Third, the Defendants committed fraud in that they intentionally and fraudulently concealed and misrepresented material facts and did so intending to harm Plaintiff, or with reckless disregard for whether their fraud would harm Plaintiff.

73.     These Defendants' conduct constituting malice, oppression, and fraud was committed by, authorized by, and adopted by one or more officers, directors, and managing agents within the corporate hierarchy of each Defendant, who acted on behalf of each Defendant.

74.     As a direct and proximate result of such intentional conduct by Defendants, their "alternate entities", and each of them, Plaintiff ALVARO ALVARADO sustained the injuries, illnesses, disabilities, and damages alleged herein.

## DAMAGES

75.    The conduct of Defendants, as alleged hereinabove, was a direct, proximate and producing cause of the damages resulting from the asbestos-related disease of Plaintiff ALVARO ALVARADO, and of the following general and special damages including:

(a)    Damages to punish Defendants for proximately causing Plaintiff ALVARO ALVARADO's untimely injuries, illnesses, and disabilities;

(b)    Physical pain and mental anguish sustained by Plaintiff ALVARO ALVARADO in the past;

(c)    Physical pain and mental anguish that Plaintiff ALVARO ALVARADO, in reasonable probability, will sustain in the future;

(d)    The past disfigurement suffered by Plaintiff ALVARO ALVARADO ;

(e)    The future disfigurement that Plaintiff ALVARO ALVARADO will, in reasonable probability, sustain in the future;

(f)    The physical impairment sustained by Plaintiff ALVARO ALVARADO in the past;

(g)    The physical impairment that Plaintiff ALVARO ALVARADO will, in reasonably probability, sustain in the future;

(h)    Medical expenses incurred by Plaintiff ALVARO ALVARADO in the past;

(i)    The medical expenses that Plaintiff ALVARO ALVARADO will, in reasonable probability, sustain in the future;

(j)    Plaintiff ALVARO ALVARADO's lost earning capacity sustained in the past;

(k)    Loss of household services sustained by Plaintiff MARIA DEL ROSARIO TOBIAS in the past;

(l)    The loss of household services that, in reasonable probability, Plaintiff MARIA DEL ROSARIO TOBIAS will sustain in the future;

(m)    The loss of consortium sustained by Plaintiff MARIA DEL ROSARIO TOBIAS in the past;

(n)    The loss of consortium that, in reasonable probability, Plaintiff MARIA DEL ROSARIO TOBIAS will sustain in the future.

(o)    Plaintiffs seek punitive and exemplary damages.

(p)    Any and all other recoverable personal injury, survival, and/or wrongful death damages for Plaintiffs and Plaintiffs' heirs.

76.    By their acts and omissions described herein, Defendants intentionally, knowingly and/or recklessly caused serious bodily injury to Plaintiff ALVARO ALVARADO within the meaning of Tex.Civ.Prac.& Rem. Code §41.008(c)(7) and Tex. Penal Code §22.04.

77.    Plaintiffs filed suit within two (2) years of Defendants' wrongdoing, which Defendants had and continue to wrongfully conceal.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against the Defendants, and each of them, jointly and severally, for general damages, for their costs expended herein, for interest on said judgment from the date this action accrued until paid, at the legal rate, and for such other and further relief, both at law and in equity, to which Plaintiffs may show themselves justly entitled.

## JURY DEMAND

Plaintiffs demand that all issues of fact in this case be tried to a properly impaneled jury.

Respectfully submitted,

**SIMON GREENSTONE PANATIER, PC**

*/s/ Jennifer Montemayor*

JENNIFER MONTEMAYOR
State Bar No. 24098129
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680 Telephone
214-276-7699 Facsimile
jmontemayor@sgptrial.com

**ATTORNEYS FOR PLAINTIFFS**

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## AFFIDAVIT OF SERVICE

| State of Texas | County of Dallas | 160th Judicial District Court |
|---|---|---|

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 3:46 pm to be served on **Aventis, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I**:

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State** as **Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Aventis, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day
of July, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003448
Ref: Alvaro Alvarado

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:**    AVENTIS INC.
      BY SERVING THE SECRETARY OF STATE
      OFFICE OF THE SECRETARY OF STATE
      CITATIONS UNIT - P.O. BOX 12079
      AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of
the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being ALVARO ALVARADO AND MARIA LLANES

Filed in said Court on the **16th day of June, 2021** against

**AFFIDAVIT ATTACHED**

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER
HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.),
BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE
ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.),
CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE
ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS
CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC.
L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-
INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES,
REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO
AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A
SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
        **KARI MALONE**



---

ESERVE (SOS)

**CITATION**

No.: **DC-21-07664**

ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

**ISSUED**
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

# AFFIDAVIT
# ATTACHED

Received this Citation the _____ day of_____, 20_____ at_____ o'clock. Executed at _____, within the County of _____, State of_____, on the _____ day of_____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ____.M. Executed at _____, within the County of _____, State of_____, on the _____ day of_____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of _____
County of _____
_____ Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal

State & County of _____

_____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 157 of 183   PageID 171

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:07 pm to be served on **Bayer Consumer Care Holdings LLC f/k/a Bayer Consumer Care LLC f/k/a MSD Consumer Care, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Bayer Consumer Care Holdings LLC f/k/a Bayer Consumer Care LLC f/k/a MSD Consumer Care, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day
of July, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003449
Ref: Alvaro Alvarado

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:**  BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of
the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

<span style="color:red">**AFFIDAVIT ATTACHED**</span>

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER
HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-
INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.),
BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE
ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.),
CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE
ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS
CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC.
L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-
INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES,
REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO
AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A
SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664** the nature of which demand is as follows: **Suit On OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
          **KARI MALONE**



---

**ESERVE (SOS)**

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
vs.
**AVENTIS INC.,, et al**

**ISSUED**
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

<span style="color:red">**DALLAS COUNTY
SERVICE FEES
NOT PAID**</span>

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

# AFFIDAVIT
# ATTACHED

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20____ at _____ o'clock. Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20____ at _____ o'clock ____.M. Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20____, at _____ o'clock ____.M. by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said
_____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

For Serving Citation    $_____        Sheriff_____
For Mileage              $_____        County of_____
For Notary               $_____        State of_____
       Total Fees        $_____        By_____
(Must be verified if served outside the State of Texas)
State of_____
County of_____
       Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify
which witness my hand and seal of office.

Seal                                                                State & County of
_____

_____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 3:42 pm to be served on **Bayer Healthcare LLC, a Subsidiary of Bayer AG, for its Dr. Scholl's Line of Products by serving its Registered Agent, Corporation Service Company, 211 E. 7th St, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation, Plaintiff's First Amended Complaint and Jury Demand** with the date of service endorsed thereon by me, to: **Samantha Guerra, Corporation Service Company** as **Authorized Agent** at the address of: **211 E. 7th St, Suite 620, Austin, Travis County, TX 78701** on behalf of **Bayer Healthcare LLC, a Subsidiary of Bayer AG, for its Dr. Scholl's Line of Products**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 170, Hair: Black, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

_____
Mike Techow
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960919

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003450
Ref: Alvaro Alvarado

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**To:**    BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, FOR ITS DR. SCHOLL'S LINE OF PRODUCTS
SERVING AGENT CORPORATION SERVICE COMPANY D/B/A LAWYERS INCORPORATING SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN, TX 78701-3218

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file
your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at
600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER
CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-
INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES,
INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO
WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER
COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR
TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY
PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE
LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON
MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A
NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC,
MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-
GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION,
INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA
TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY
AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC,
SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.),
WHITTAKER CLARK & DANIELS, INC.

For Suit, said suit being numbered **DC-21-07664**, the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said
petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of June, 2021.
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
         KARI MALONE



AFFIDAVIT ATTACHED

| | |
|---|---|
| **ESERVE** | |

**CITATION**

**DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

**ISSUED THIS**
**18th day of June, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: KARI MALONE, Deputy

**Attorney for Plaintiff**
**JENNIFER MONTEMAYOR**
**1201 ELM STREET, SUITE 3400**
**DALLAS, TEXAS 75270**
**214-276-7680**
**JMONTEMAYOR@SGPTRIA1.COM**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-21-07664

Court No.160th District Court

Style: ALVARO ALVARADO, et al

vs.

AVENTIS INC.,, et al

**AFFIDAVIT ATTACHED**

Came to hand on the _____ day of _____ , 20 _____ , at _____ o'clock _____ .M. Executed at _____ ,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____ ,

20 _____ , by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____ ,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 163 of 183   PageID 177

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:05 pm to be served on **Brentagg North America, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm**, I:

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Brentagg North America, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process
1700 Pacific Avenue
Ste 1040
Dallas, TX 75201
(214) 740-9999**

Our Job Serial Number: ONT-2021003451
Ref: Alvaro Alvarado

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:** BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being ALVARO ALVARADO AND MARIA LLANES

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECIALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS, INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Court of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _Kari Maloe_ , Deputy
**KARI MALONE**

**AFFIDAVIT ATTACHED**

---

ESERVE (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
vs.
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

# AFFIDAVIT
# ATTACHED

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20____ at _____ o'clock ____.M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____
a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation    $_____         Sheriff _____
For Mileage              $_____         County of _____
For Notary               $_____         State of _____
    Total Fees           $_____         By _____
(Must be verified if served outside the State of Texas)
State of _____
County of _____
    Signed and sworn to me by the said _____ before me this _____ day of _____, 20____, to certify which witness my hand and seal of office.

                    Seal

                                                              State & County of _____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 166 of 183   PageID 180
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## AFFIDAVIT OF SERVICE

| State of Texas | County of Dallas | 160th Judicial District Court |
|---|---|---|

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:09 pm to be served on **Clinique Laboratories, Inc., a Subsidiary of The Estee Lauder Companies, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Clinique Laboratories, Inc., a Subsidiary of The Estee Lauder Companies, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003452
Ref: Alvaro Alvarado

**FORM NO. 3534 CITATION**

**THE STATE OF TEXAS**

**To:**  CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being ALVARO ALVARADO AND MARIA LLANES

<span style="color:red">**AFFIDAVIT ATTACHED**</span>

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS, INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered  **DC-21-07664** the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By_____ , Deputy
        **KARI MALONE**



---

**ESERVE (SOS)**

**CITATION**

No.: DC-21-07664

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

<span style="color:red">**DALLAS COUNTY SERVICE FEES NOT PAID**</span>

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

# AFFIDAVIT
# ATTACHED

Received this Citation the _____ day of _____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock ____.M.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

For Serving Citation      $_____           Sheriff _____
For Mileage                    $_____           County of _____
For Notary                     $_____           State of _____
          Total Fees          $_____           By _____
(Must be verified if served outside the State of Texas)
State of _____
County of _____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

                              Seal

                                                                                      State & County of _____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:11 pm to be served on **Clinique Laboratories, LLC., a Subsidiary of The Estee Lauder Companies, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State** as Authorized Agent at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Clinique Laboratories, LLC., a Subsidiary of The Estee Lauder Companies, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003453
Ref: Alvaro Alvarado

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

**FORM NO. 3534 CITATION**

**THE STATE OF TEXAS**

**To:** CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

<span style="color:red; font-size:large">**AFFIDAVIT ATTACHED**</span>

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS, INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
            **KARI MALONE**



ESERVE (SOS)

**CITATION**

No.: **DC-21-07664**

ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

<span style="color:red">**DALLAS COUNTY SERVICE FEES NOT PAID**</span>

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

# AFFIDAVIT
# ATTACHED

Received this Citation the _____ day of _____, 20_____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock ____.M. Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____.M. by summoning the within named Corporation, _____
_____       _____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                    State & County of

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 172 of 183   PageID 186

## AFFIDAVIT OF SERVICE

**State of Texas**        **County of Dallas**        **160th Judicial District Court**

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:15 pm to be served on **Color Techniques, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Color Techniques, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

_____
**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003455
Ref: Alvaro Alvarado

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:**  COLOR TECHNIQUES, INC.
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT – P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECIALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _~Kari Malone~_ , Deputy

**KARI MALONE**



**AFFIDAVIT ATTACHED**

ESERVE  (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
vs.
**AVENTIS INC.,, et al**

**ISSUED**
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

# AFFIDAVIT
# ATTACHED

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20 _____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 _____, at _____ o'clock, by

delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of

Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20 _____ at _____ o'clock ____.M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20 _____, at _____ o'clock _____ .M.

by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ |

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20 _____, to certify

which witness my hand and seal of office.

Seal                                                                 State & County of _____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 175 of 183   PageID 189

## AFFIDAVIT OF SERVICE

| State of Texas | County of Dallas | 160th Judicial District Court |
|---|---|---|

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:24 pm to be served on **Crown Laboratories, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Crown Laboratories, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day of July, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131986377

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process
1700 Pacific Avenue
Ste 1040
Dallas, TX 75201
(214) 740-9999**

Our Job Serial Number: ONT-2021003456
Ref: Alvaro Alvarado

**FORM NO. 3534 CITATION**

**THE STATE OF TEXAS**

**To:** **CROWN LABORATORIES, INC**
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being ALVARO ALVARADO AND MARIA LLANES

<span style="color:red; font-size:2em;">**AFFIDAVIT ATTACHED**</span>

Filed in said Court on the **16th day of June, 2021** against

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered **DC-21-07664** the nature of which demand is as follows: **Suit On OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
KARI MALONE



---

ESERVE (SOS)

**CITATION**

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

**ISSUED**
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

<span style="color:red">**DALLAS COUNTY
SERVICE FEES
NOT PAID**</span>

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

# AFFIDAVIT
# ATTACHED

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

Received this Citation the _____ day of _____, 20 _____ at _____ o'clock.  Executed at _____, within the County of
_____, State of _____, on the _____ day of _____, 20 _____, at _____ o'clock, by
delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of
Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20 _____ at _____ o'clock ___.M.  Executed at _____, within the County of
_____, State of _____, on the _____ day of _____, 20 _____, at _____ o'clock _____ .M.
by summoning the within named Corporation, _____
_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.
For Serving Citation      $_____          Sheriff _____
For Mileage               $_____          County of _____
For Notary                $_____          State of _____
     Total Fees           $_____          By _____
(Must be verified if served outside the State of Texas)
State of _____
County of _____
     Signed and sworn to me by the said _____ before me this _____ day of _____, 20 _____, to certify
which witness my hand and seal of office.

                    Seal                                                    State & County of _____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S    Document 1-2    Filed 08/09/21    Page 178 of 183    PageID 192

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:23 pm to be served on **Cosmetic Specialties, Inc. c/o Texas Secretary of State, 1019 Brazos Street, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State as Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Cosmetic Specialties, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day
of July, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003457
Ref: Alvaro Alvarado

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

**FORM NO. 3534 CITATION**

**THE STATE OF TEXAS**

**To:** COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.)
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being ALVARO ALVARADO AND MARIA LLANES

Filed in said Court on the **16th day of June, 2021** against

**AFFIDAVIT ATTACHED**

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered **DC-21-07664** the nature of which demand is as follows: **Suit On OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
    KARI MALONE



**ESERVE (SOS)**

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
**vs.**
**AVENTIS INC.,, et al**

**ISSUED**
**ON THIS THE 18TH DAY**
**OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
jmontemayor@sgptria1.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

# AFFIDAVIT
# ATTACHED

Received this Citation the _____ day of _____ , 20 _____ at _____ o'clock.  Executed at _____ , within the County of _____ , State of _____ , on the _____ day of _____ , 20 _____ , at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------
**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____ , 20 _____ at _____ o'clock .M.  Executed at _____ , within the County of _____ , State of _____ , on the _____ day of _____ , 20 _____ , at _____ o'clock _____ .M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation       $ _____            Sheriff _____
For Mileage                     $ _____            County of _____
For Notary                      $ _____            State of _____
        Total Fees             $ _____            By _____
(Must be verified if served outside the State of Texas)
State of _____
County of _____
        Signed and sworn to me by the said _____ before me this _____ day of _____ , 20 _____ , to certify which witness my hand and seal of office.

Seal                                                                State & County of _____

_____

FILED
7/19/2021 11:38 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

Case 3:21-cv-01850-S   Document 1-2   Filed 08/09/21   Page 181 of 183   PageID 195

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **160th Judicial District Court** |

Case Number: DC-21-07664

Plaintiff:
**Alvaro Alvarado and Maria Del Rosario Tobias**

vs.

Defendant:
**Aventis, Inc.; et al**

For:
Jennifer I. Montemayor
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by Mike Techow on the 13th day of July, 2021 at 4:27 pm to be served on **Dr. Scholl's LLC c/o Texas Secretary of State, 1019 Brazos Street, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **14th day of July, 2021** at **3:15 pm, I**:

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies of Citation and Plaintiff's First Amended Complaint and Jury Demand with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State** as **Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Dr. Scholl's LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Blonde, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 14th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 14th day
of July, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2021003458
Ref: Alvaro Alvarado

## FORM NO. 3534 CITATION
## THE STATE OF TEXAS

**To:** DR. SCHOLL'S LLC
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX, 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **ALVARO ALVARADO AND MARIA LLANES**

Filed in said Court on the **16th day of June, 2021** against

**AFFIDAVIT ATTACHED**

AVENTIS INC., BAYER CONSUMER CARE HOLDINGS LLC F/K/A BAYER CONSUMER CARE LLC F/K/A MSD CONSUMER CARE, INC., BAYER HEALTHCARE LLC, A SUBSIDIARY OF BAYER AG, BRENNTAG NORTH AMERICA, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MINERAL PIGMENT SOLUTIONS, INC. AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.), BRENNTAG SPECIALTIES, LLC F/K/A BRENNTAG SPECLALTIES, INC. F/K/A MINERAL PIGMENT SOLUTIONS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WHITTAKER CLARK & DANIELS, INC.) CLINIQUE LABORATORIES, INC., A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., CLINIQUE LABORATORIES, LLC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES INC., COLOR TECHNIQUES, INC, COSMETIC SPECIALTIES, INC. (SUED INDIVIDUALLY AND FORMERLY D/B/A G&G SPECIALTY PRODUCTS CO.), CROWN LABORATORIES, INC, DR. SCHOLL'S LLC, ESTEE LAUDER, INC, A SUBSIDIARY OF THE ESTEE LAUDER COMPANIES, INC, THE ESTEE LAUDER COMPANIES, INC. (SUED INDIVIDUALLY AND FOR LEN-RON MANUFACTURING CO. INC.), FIESTA MART, L.L.C., FISONS CORPORATION, GSK CONSUMER HEALTH, INC. F/K/A NOVARTIS CONSUMER HEALTH INC. F/K/A CIBA SELF-MEDICATION, INC. L'OREAL USA, INC., MAYBELLINE LLC, MERCK & CO., INC., NOVARTIS CORPORATION (SUED INDIVIDUALLY AND AS A SUCCESSOR-IN-INTEREST TO CIBA-GEIGY CORPORATION AND ITS SUBSIDIARIES CIBA CONSUMER PHARMACEUTICALS AND CIBA SELF-MEDICATION, INC.), PFIZER INC., PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP, PTI UNION, LLC A/K/A PHARMA TECH INDUSTRIES, REVLON CONSUMER PRODUCTS CORPORATION, SANOFI-AVENTIS U.S. LLC (SUED INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AVENTIS PHARMACEUTICALS INC.), SCHOLL'S WELLNESS COMPANY LLC, SPECIALTY MINERALS INC., (SUED INDIVIDUALLY AND AS A SUBSIDIARY OF MINERALS TECHNOLOGIES INC.), WHITTAKER CLARK & DANIELS, INC.

For suit, said suit being numbered   **DC-21-07664**  the nature of which demand is as follows: **Suit On  OTHER (CIVIL)** etc.

as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 18th day of June, 2021**

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
**KARI MALONE**



---

ESERVE (SOS)

## CITATION

No.: **DC-21-07664**

**ALVARO ALVARADO, et al**
vs.
**AVENTIS INC.,, et al**

ISSUED
**ON THIS THE 18TH DAY OF JUNE, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KARI MALONE**, Deputy

Attorney for : Plaintiff
**JENNIFER MONTEMAYOR**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680
**jmontemayor@sgptria1.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-21-07664
Court No: 160th District Court

Style: ALVARO ALVARADO, et al
vs.
AVENTIS INC.,, et al

# AFFIDAVIT
# ATTACHED

Received this Citation the _____ day of _____, 20_____ at _____ o'clock.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20_____ at _____ o'clock .M.  Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20_____, at _____ o'clock _____.M. by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

_____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

For Serving Citation     $_____      Sheriff _____
For Mileage               $_____      County of _____
For Notary                $_____      State of _____
    Total Fees            $_____      By _____
(Must be verified if served outside the State of Texas)
State of _____
County of _____
    Signed and sworn to me by the said _____ before me this _____ day of _____, 20_____, to certify
which witness my hand and seal of office.

                    Seal                                          State & County of _____